**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 9 2015

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983** JAMES W. McCORMACK, CLERK
By: _____ CLERK
                                                    DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

CASE NO. _1:15-CV-22 BSM-JWC_

**Jury Trial:** ☐ Yes  ☐ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Juan Carlos Rodriguez_
       ADC # _156405_

       Address: _300 Corrections Dr. Newport Arkansas 72112_

       Name of plaintiff: _____
       ADC # _____

       Address: _____   This case assigned to District Judge _Miller_
                                   and to Magistrate _Cavaneau_
       Name of plaintiff: _____
       ADC # _____

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Joseph "Joe" Page_

       Position: _Assistant Warden, Grimes Unit, Newport, Ak 72112_

       Place of employment: _Arkansas Department of Correction, Grime Unit_

       Address: _Newport, Arkansas 72112_
                                                    (from now on refered)
       Name of defendant: _Dr. Malvin Nance_     (as Med. Dept.)

       Position: _At the time of incidents - Doctor for the Grimes Unit_

-4-

Place of employment: Andrea Weekly

Address: _____

Name of defendant: Andrea Weekly

Position: Warden at Grimes Unit (at time of incident)

Place of employment: Arkansas Department of Corrections

Address: Grimes Unit, 300 Corrections Dr., Newport, Ar 72112

Name of defendant: Brenda Bridgmen R.N.

Position: Medical Supervisor (from now on refered to as Med. Dept.)

Place of employment: CCS (at time of incident Corizon)

Address: Grimes Unit, 300 Corrections, Newport, Ar 72112

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed?  Was it appealed?
     Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: Arkansas Department of Corrections
      (ADC) Grimes Unit, 300 Corrections, Newport, Ar 72112

V.   At the time of the alleged incident(s), were you:
     (check appropriate blank)

     _____ in jail and still awaiting trial on pending criminal charges

     __✓__ serving a sentence as a result of a judgment of conviction

     _____ in jail for other reasons (e.g., alleged probation violation, etc.)
           explain: _____

     _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
      of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
      prisoner grievance procedure in the Arkansas Department of Correction, and in several county
      jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
      this complaint may result in the dismissal without prejudice of all the claims raised in this
      complaint.

      A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

           Yes __✓__   No _____

      B.   Did you completely exhaust the grievance(s) by appealing to all levels within the
           grievance procedure?

Yes ___✓___ No _____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about December 27, 2013, I was transfered from the ADC Diagnostics Unit at Malvern, Arkansas (ORCU) to the Grimes Unit at 300 Corrections Drive, Newport, Arkansas. From the initial placement in to the ADA barracks (which is the barracks for people with disabilities or that require special needs) I noticed that the barracks was not equipped to accomadate a person with my condition (I have been paraplegic for the past 17 years). I wrote several request to the Grimes Unit Warden (Mr. Weekly) and explained that the Grimes Units ADA barracks was not in any way equipped to house paraplegics. After noticing that the ADA barracks and

-7- A

VIII.   Relief

State briefly exactly what you want the court to do for you.   Make no legal arguments.   Cite no cases or statutes.

Compensatory Damages for the amount of $1.5 million
Punitive Damages for the amount of $15 million
Injection relief to make sure this does not happen
to other parapligics and Hispanics.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  5  day of  February , 20 15 .

CECIL V. WRIGHT
NOTARY PUBLIC-STATE OF ARKANSAS
POINSETT COUNTY
My Commission Expires 10-25-2023
Commission # 12400545

_____

_____

JUAN Rodriguez
Signature(s) of plaintiff(s)

Chow Hall and other parts of the Grimes Unit (Gym, yard, etc.. etc.. etc...) was not equipet or up to standards to house people in my condition. I filed grievances addressing these issues and requesting to be transfered back to ORCU due to the fact the ORCU is the ADC's Med. Unit and that Unit is up to standards to house parapligics. In the grievances filed I stated these issues, plus all of the deficeances of the Grimes Unit to house parapligics. please see Grievances:

1. GR-13-00025, Date: January 2, 2014. w/Appeal.
2. GR-14-0013, Date: January 22, 2014. w/Appeal.
3. GR-14-00184, Date: January 30, 2014. w/Appeal.
4. GR-14-00152, Date: Febuary 1, 2014. w/Appeal.
5. GR-14-00218, Date: Febuary 14, 2014. w/Appeal.
6. GR-14-00874, Date: June 27, 2014. w/Appeal

(Labiled Plaintiff Exhibit 1 - 6)

I address as best I could all issues of how the Grimes Unit, and its ADA barracks was not up to standards; On or about Febuary 1, 2014, as I was takeing a shower, I fell out of the chair provided to me by the Med. Dept. of the Grimes Unit see. Pl Exh 4. Further, the Grimes Unit's Administration and its Grievance Dept. has taken advatage in bad faith of my lack in mastery of the English Language to further confuse the issues, and have shown a an extreme and clear deliberate indefference to any and all my necessities. please see Pl Exhs. 1 - 6.

Moreover, the Grimes Unit Administration has in its response to some of the Grievances has stated that it has been equipt and up to standards to house people in my condition, but that statement is not true. See Pl Exh 1-6; Grimes Unit and its Deputy Warden (Joseph Page) have used me as its giny-pig to fix and bring the Grimes Unit up to standards to house parapligics while I go through pain, suffering, and extreme humiliation.

Furthermore, the Grimes Unit's Med. Dept (then Corizon Med. Services, now Correction Care Solutions) has also done its best to not fullfell its obligation to provide the medical needs that I due to my condition I'm forced to live with. I have written grievance after grievances addressing my special need from haiving to deficate on my bed due to the fact that the nurses have refused to let me use the toilet in medical, to the most simple (but necesery) needs like wips and underpods and other medical needs that are essential. I have addressed, and have attempted to resolve these issues and other inadequacies in the following Grievances:

7. GR-14-00010, Date: December 30, 2013 w/Appeals.
8. GR-14-00062, Date: January 15, 2014, w/Appeals.
9. GR-14-00104, Date: January 16, 2014 w/Appeals.
10. GR-14-00105, Date: January 22, 2014 w/Appeals.
11. GR-14-00172, Date: February 6, 2014, w/Appeals.
12. GR-00-0000-Grievence Date February 17, 2014, no response, no number for this Grievence.

7-C

13. GR-14-00394, Date: March 19, 2014 w/Appeals.
14. GR-14-00504, Date: April 3, 2014, w/Appeals.
15. GR-14-00505, Date: April 3, 2014, w/Appeals.
16. GR-14-00503, Date: April 5, 2014, w/Appeals.
17. GR-14-00552, Date: April 14, 2014, w/Appeals.
18. GR-14-00857, Date: June 27, 2014, w/Appeals
19. GR-14-00949, Date: July 12, 2014, w/Appeals
20. GR-14-No number, Date: July 15, 2014.
21. GR-No number, Date: Agust 13 2014.
22. GR-14-01163, Date: August 15, 2014, w/Appeal
(Here on labled Plaintiff Exhibits 7-22).

though the issues that I have addressed in these grievances to Med. have been genuine, Med. has refused to ether address the issues, or has with a clear deliberate indifference to my medical needs dismissed any attempt by me to get the full medical attention needed. The nurses at Med. have gone as far as to say to me that they are not obligated to give me any sort of confert during my stay in prison, see Pl Exh 10 - GR-14-00105. It's not confert that I have need of, but medical attention that I need due to my condition.

Both the Grimes Unit's Administration and Medical departments have shown cleare delibrate indifference to my medical needs, exhibiting a Unnecessary and wanton infliction of pain, resulting in a mental and emotional injury plus physical injury, in violation of my constitutional rights under the United States

7-D

Constitution's Eighth Amendment to be free from
cruel and unusual punishment, and have also refused to
address some of my medical issues in violation of
due process and equal protection under the Fourteeth
Amendment.

Further, I have also come to the conclusion that
this trietment or lack there of has been inflicted on
me, due to the fact that I am Mexican (Hispanic)
and its a racial issue that I have been made to
suffer. see also Grievances:

23. GR-14-00156, Date: February 4, 2014 w/Appeals

All these Grievances have been exhusted under the
Prisoner Litigation Reform Act.

Received as Grievance

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

JAN 07 2014

Unit/Center _Grimes_

Name _JUAN CARLOS Rodriguez_          ~~Grimes~~

ADC# _156405_   Brks # _9_   Job Assignment _Med. un assigned_

FOR OFFICE USE ONLY

GRV. # _6R-13-00025_

Date Received: _1/7/14_

GRV. Code #: _717_

_____ (Date) STEP ONE: Informal Resolution

_Duplicate 6R-14-00010_

_1/6/14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_1-2-14_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _I am paralized and this unit can Not_
_Properly Care for me and see to my Needs. Classification must transfer me to Malvern._
*Is this Grievance concerning Medical or Mental Health Services?* __NO__ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how you were affected. (Please Print): _I need to be transfered back to Malvern unit._
_I am paralized and I am unable to care for myself at this unit. This unit is not equiped_
_to house Someone in my condition which constitutes Cruel and unusual punishment and_
_deliberate indifference. The shower and toilet hand rails in the ADA barracks are to assist_
_people in standing steadily. I can't stand at all, I'm paraplegic and I need parakell bars_
_to get from my chair to a shower chair. The shower chairs provided by the infirmary_
_are not ment for paralized people. They have no side arms to assist me in and out. I_
_am in an open barracks that is too small for wheel chairs, I can't meneuver around_
_my bed making it hard to get in and out. I have no privacy to change my diapers which_
_I have to do laying in my bed out in the open public. The chow hall is not equiped_
_for or designed to accomidate wheel chairs causing me to be jostled and spilled on by_
_people trying to get past my chair. I have special needs that can't be provided for at_
_this unit. The medical has been advised and notified of the situation but they said_
_that they can't transfer inmates, that Classification and administraton do the transfers_
_This is grieving Classification so everybody is now aware of my situation_

_JUAN CARLOS-R_                    _1-2-14_        RECEIVED
Inmate Signature                        Date                    JAN 14

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _1-2-14_ (date), and determined to be Step One and/or an Emergency Grievance
_Step 1_ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date: ___

_Cpl Riley Davis_        _87220_     _[signature]_         _1/6/14_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _We are in the process of adding handrails_
_and a handy cap chair in the shower. The table in the chow hall is being fixed_
_for wheelchair accesson 1-6-14. As for as changing diapers there is no privacy_
_in a prison setting. Also tv area or dayroom area the tables are also being formed to fit the needs of_
_handycap. 1/6/14_

_[signature]_ _1-6-14_              _JUAN CARLOS R_ _1/6/14_
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: ___
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: ___
If forwarded, provide name of person receiving this form: _____ Date: ___

--------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

IGTT400                                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Rodriguez, Juan C.</u>            ADC #:  <u>156405A</u>
FROM:  Townsend, Susan B                     TITLE:  <u>ADC Inmate Grievance Coord</u>
DATE:  <u>01/08/2014</u>                              GRIEVANCE #:  <u>GR-14-00025</u>

Please be advised, I have received your Grievance dated <u>01/02/2014</u> on <u>01/07/2014</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◦ This Grievance will be addressed by the Warden/Center Supervisor or designee.
◦ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
◦ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
◦ This Grievance has been determined to be an emergency situation, as you so indicated.

◦ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
◦ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of <u>GR-14-00010</u> , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_JAN 1 4 2014_
_INMATE GRIEVANCE SUPERVISOR_
_ADMINISTRATION BUILDING_

_JUAN CARLOS. R_                    156405            1-8-14
Inmate Signature                        ADC #                 Date

The previous grievance was wrote on medical. Medical's response to the grievance was that it was not a medical issue and therefore must write grievance on the Administration. I wrote this grievance on ~~ooo~~ administration like I was told to do, now I'm being told that it's no good. Now Both grievances are no good? Is this how A.D.C. gets around being wrote up? One of these have to go through because of serious health or injury R3K.

IGTT405                                                                                          Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO:   Inmate   Rodriguez, Juan C.          ADC #:  156405A
FROM:  Evans, Marvin Jr                    TITLE:  Deputy Director
RE: Receipt of Grievance  GR-14-00025      DATE:  01/14/2014

Please be advised, the appeal of your grievance dated
01/02/2014
was received in my office on this date  01/14/2014

**You will receive communication from this office regarding this Grievance by**  02/27/2014

- [ ] The time allowed for appeal has expired
- [ ] The matter is non-grievable and does not involve retaliation:
  - [ ] (a) Parole and/or Release matter
  - [ ] (b) Transfer
  - [ ] (c) Job Assignment unrelated to medical restriction
  - [ ] (d) Disciplinary matter
  - [ ] (e) Matter beyond the Department's control and/or matter of State/Federal law
  - [ ] (f) Involves an anticipated event
- [ ] You did not send all the proper Attachments:
  - [ ] (a) Unit Level Grievance Form (Attachment 1)
  - [ ] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - [ ] (c) Did not give reason for disagreement in space provided for appeal
  - [ ] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - [ ] (e) Unsanitary form(s) or documents received
  - [ ] (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

Attachment VI

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405          GRIEVANCE#:GR-14-00025

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your grievance dated 1/2/14 was received on 1/14/14. After review of your appeal and supporting documentation, I find that I concur with the unit's decision to reject your grievance as a duplicate complaint. Therefore I will not address the merit of your appeal which is denied.

Director                          Date  1-17-14

Received Grievance

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Grimes_

JAN 29 2014

Name _Juan Rodriguez_

~~Grimes~~

ADC# _156405_    Brks # _9_    Job Assignment _M.U._

| | FOR OFFICE USE ONLY |
|---|---|
| GRV. # | 6R-14-0012B |
| Date Received: | 1/29/14 |
| GRV. Code #: | 7  17 |

1/22/2014 (Date) STEP ONE: Informal Resolution

Duplicate    6R-14-00010

1-27-14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This issue has not been
resolved, this is not a Medical issue, its an Administration issue

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): I have requested to the Grimes Unit administration &
its medical dept to transfer me to the medical Unit at Malvern, or to any unit which is equipped and up
to standards to house inmates in my condition (parapligic). I have addressed the fact of the humili-
ating procedures that I have to perform the basic things like useing the restroom, shower, and my personal
hygen. Plus its a struggle everytime I need anything like medical like underpads, disposable washcloths,
bandages etc... etc... etc... Furthermore, the restroom, shower, and toilet handrails in the ADA Bks are to
assist people that can stand... I cant stand up... I need parallel bars to get from my chair to a shower
chair, the shower chairs provided by Medical are not meant for parapligics like myself. Being that I am
parapligic, I have to extract my own feces in order to relive myself. This is a very humiliating procedure
that I have to perform, sometimes in the presence of inmates, due to the fact that I'm based in an open Bks
in addition to this I must also change my dieper, etc... etc... time to time in the open. These and other special needs
that paraplegics require are that from being met by the Grimes Unit. This situation is causing me pain & suffering
& extreme mental anguish in clear violation of the 8th Amench to be free from cruel & unusual punishment, and is
also in violation of the 14th Amend. Due Process clause... an individual has a Const right, and a protected liberty
interest in his personal body integraity, further I feel that this extreme negligence, and dilibrate indifference to
my medical needs is due to my ethnicity, thus denying my right of equal protection under the 14th Amend.

_Juan Carlos R,_                                        _1-22-14_
Inmate Signature                                        Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _1-22-14_ (date), and determined to be Step One and/or an Emergency Grievance
_no_ (Yes or No) This form was forwarded to medical or mental health? _yes_ (Yes or No) If yes, name
of the person in that department receiving this form: _____ Date _____

_Richard Lee_                  _DSDU_        _(signature)_            _1-22-14_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: You must file proper paper work for
Medical issues. As of now you are housed in 9 Barracks which we assign barracks
Gids to assist inmate with everydays needs

_(signature)_  _1-27-14_                    _Juan Carlos R_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

Pl Exh 2

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:  Townsend, Susan B                          TITLE:  ADC Inmate Grievance Coord
DATE:  01/30/2014                                 GRIEVANCE #:  GR-14-00123

Please be advised, I have received your Grievance dated 01/21/2014 on 01/29/2014 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

*Townsend*

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◌ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◌ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◌ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

◌ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of GR-14-00010 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.


_____       _____       _____
Inmate Signature                       ADC #                         Date

IGTT400                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                ADC #:  156405A
FROM:  Townsend, Susan B                      TITLE:  ADC Inmate Grievance Coord
DATE:  02/03/2014                             GRIEVANCE #:  GR-14-00123

Please be advised, I have received your Grievance dated 01/21/2014 on 01/29/2014 .
You should receive communication regarding the Grievance by 02/27/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

○  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator
   who will respond.

   This Grievance involves a mental health issue and has been forwarded to the Mental Health
   Supervisor who will respond.

○  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be
   subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will
   be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of ,
   or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director.
Keep in mind that you are appealing the decision to reject the original complaint. Address only the
rejection; do not list additional issues, which were not a part of your original grievance as they will not be
addressed. Your appeal statement is limited to what you write in the space provided below.

_____       _____       _____
Inmate Signature                        ADC #                    Date

9

IGTT440                                                                                      Attachment X
3GE

# GRIEVANCE EXTENSION

TO INMATE:   Rodriguez, Juan C.                    ADC#:   156405
FROM:   Townsend, Susan B                          TITLE:   ADC Inmate Grievance Coord
DATE:   02/27/2014                                 GRIEVANCE #:   GR-14-00123

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

Answer in a timely manner.


YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   03/14/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the
signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not
agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL
NOT have exhausted your administrative remedies, and your grievance will be returned to you without a
decision regarding its merit.

⌐ DISAGREE     By disagreeing with this extension, I waive my right to have this grievance issue
               considered, and acknowledge I have not exhausted the grievance process as necessary to
               pursue a complaint.



_____ ADC#: 156405 Date: _____
Inmate Signature


_____                    _____
Warden/Center Supervisor Signature                 Date



_____                    _____
Chief Deputy/Deputy/Assistant
Director/Director Signature                        Date



**honor and integrity in public service**

**Arkansas Department of Correction**

**Newport Complex**
**Grimes Unit**
300 Corrections Drive
Newport, Arkansas  72112
Phone:  (870) 523-5877
FAX:  (870) 523-8302

To:     Inmate Rodriguez 156405
From:  Susan Townsend

I accidently rejected a grievance GR-14-00123.  I am sending you an acknowledgement for this grievance and it will be answered by the Warden.

Received / Grievance
FEB 03 2014
Grimes

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Grimes__

Name __John Carlos Rodriguez__

ADC# __156405__ Brks # __9__ Job Assignment __Med. un assigned__

FOR OFFICE USE ONLY

GRV. __GR-14-00123__

Date Received __1/29/14__

GRV. Code #: __717__

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

__1-2-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __I am paralized and this unit can Not Properly Care for me and see to my Needs. Classification must transfer me to Malvern.__

Is this Grievance concerning Medical or Mental Health Services? __NO__ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): __I need to be transferred back to Malvern unit am paralized and I am unable to care for myself at this unit. This unit is not equiped to house someone in my condition which constitutes cruel and unusual punishment and deliberate indifference. The Shower and toilet hand rails in the ADA barracks are to assist people in standing steadily. I can't stand at fall. I'm paraplegic and I need parakell bars to get from my chair to a shower chair. The shower chairs provided by the infirmary are not meant for paralized people. They have no side arms to assist me in and out. I am in an open barrack that is too small for wheel chairs. I can't meneuver around my bed _____ chaint? get in and out I have no privacy to change my diapers which I have to _____ in my bed out in the open public. The chow hall is not equiped or designed for a wheel Chair causing me to be jostled and spilled on by people _____ my chair. I have special needs that can't be provided for at this unit. I have _____ been advised and notified of the situation but they said that they cant transfer inmates under the classification and administration do the transfer. This _____ _____ now aware of my situation.__

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

_____

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? (Circle one) Yes or No. If yes, name of the person in that department receiving this form: _____ Date _____

_____ _____ _____ _____

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: __We are in the process of adding handrails onto a hand _____ _____ the shower to be able to _____ the bolt is been fixed _____ _____ _____ from a chair in droppes there is no privacy _____ _____ Also if any _____ _____ the tables are also being _____ _____ the needs of _____ _____

_____ _____
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two, is it an Emergency **Received V Grievance**

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date **JAN 07 2014**

If forwarded, provide name of person receiving this form: _____ Date: _____

**Grimes**

IGTT410
3GS                                                                    Attachment III

INMATE NAME: Rodriguez, Juan C.        ADC #: 156405A    GRIEVANCE #: GR-14-00123

### WARDEN/CENTER SUPERVISOR'S DECISION

Per AD 12-16 Inmate Grievance Procedure states, "Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed. You have grieved multiple issued which have been addressed in previous grievances GR-14-00010 and GR-14-00106. Transfers are non-grievable and therefore, this grievance is without merit.

_____
Signature of Warden/Supervisor or Designee

_____
Title                    Warden

_____
Date                    3/7/14

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____        _____        _____
Inmate Signature                              ADC#                    Date

**RECEIVED**

MAR 0 7 2014

**WARDEN'S OFFICE**

Received \ Grievance

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___Grimes Unit___          FEB 12 2014

Name ___Juan C. Rodriguez___          ~~Grimes~~

ADC# __150405__   Brks # __9__   Job Assignment __M. U.__

| | FOR OFFICE USE ONLY |
|---|---|
| GRV. # | 6R-14-00184 |
| Date Received: | 2/12/14 |
| GRV. Code #: | 504 |

__1-30-14__ (Date) STEP ONE: Informal Resolution          ~~Duplicate~~ ST

__29-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _SHOWER CHAIRS WERE INSTALLED STILL THEY'RE A PROBLEM ; THIS GRIEVANCE WAS NOT ANSWERED IN A TIMELY MANNER RECEIVED 2/6/1_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On or about 1-27-2014 main tower came into the ADA barracks 9 to change the shower-heads so it would better serve my needs. The problem is that the shower nozel is to low at the bottom, and the top has no pressure, I have to lean to the side with my face even at and body up against the wall of the shower in-order to shower, plus I can't get my underside. I need the shower-pik back._

_____

_____

RECEIVED

MAR 21 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_JUAN CARLOS R_          __1-30-14__
**Inmate Signature**          Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __1-31-14__ (date), and determined to be **Step One** and/or an Emergency Grievance __yes__ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date

_Cpl Ruble Dunkerson_   _78226_   _Ruble Dunkerson_   _1-31-14_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _A MAINTENANCE WORK ORDER HAS BEEN SUBMITTED._

_____          _JUAN CARLOS R._
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

P1 Exh 3

IGTT400                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodríguez, Juan C.             ADC #:  156405A
FROM:  Townsend, Susan B                    TITLE:  ADC Inmate Grievance Coord
DATE:  02/12/2014                           GRIEVANCE #:  GR-14-00184

Please be advised, I have received your Grievance dated 01/30/2014 on 02/12/2014 .
You should receive communication regarding the Grievance by 03/13/2014

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ⦿ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⦾ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⦾ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ⦾ This Grievance has been determined to be an emergency situation, as you so indicated.

- ⦾ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⦾ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.


_____        _____        _____
Inmate Signature                        ADC #                  Date

ᴓ

IGTT410                                                                            Attachment III
3GS

INMATE NAME:  Rodriquez, Juan C.          ADC #: 156405A     GRIEVANCE #: GR-14-00184

WARDEN/CENTER SUPERVISOR'S DECISION

Records show your shower in barracks 9 is ADA compliant. Therefore, this grievance is without merit.

_____          _____          3/13/14
Signature of Warden/Supervisor or Designee          Title          Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling
in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant
Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the
original grievance. Do not list additional issues, which are not part of your original grievance as they will
not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? AS STATED IN STEP TWO THE ORIGINAL
INFORMAL WASN'T ANSWERED IN A TIMELY MANNER. ALSO EVEN THOUGH THE SHOWER
IS ADA COMPLIANT IT IS STILL VERY DIFFICULT FOR ME TO SHOWER BECAUSE
OF THE WAY THE CHAIRS WERE INSTALLED.

_____          156405          3-14-14
Inmate Signature          ADC#          Date

**RECEIVED**

MAR 2 1 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**RECEIVED**

MAR 1 3 2014

WARDEN'S OFFICE

IGTT405
3GT

<div align="right">Attachment V</div>

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Rodriquez, Juan C.          ADC #:  156405A
FROM:  Evans, Marvin Jr              TITLE:  Deputy Director
RE: Receipt of Grievance  GR-14-00184     DATE:  03/21/2014

Please be advised, the appeal of your grievance dated
01/30/2014
was received in my office on this date  03/21/2014

**You will receive communication from this office regarding this Grievance by**  05/02/2014

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
  - ☒ (a) Parole and/or Release matter
  - ☒ (b) Transfer
  - ☒ (c) Job Assignment unrelated to medical restriction
  - ☒ (d) Disciplinary matter
  - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
  - ☒ (a) Unit Level Grievance Form (Attachment 1)
  - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☒ (c) Did not give reason for disagreement in space provided for appeal
  - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☐ (e) Unsanitary form(s) or documents received
  - ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Grimes Unit_

| | FOR OFFICE USE ONLY |
|---|---|
| **FEB 0 6** 2014 | GRV #_6R-14-00152_ |
| | Date Received: _2/6/14_ |
| **Grimes** | GRV. Code #: _508_ |

Name _Juan C. Rodriguez_

ADC# _156405_    Brks # _9_    Job Assignment _W. V._

_2/1/2014_ (Date) STEP ONE: Informal Resolution

_2/4/14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I can Not safely take shower in 9 Barrack the way the shower is made at this time_

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _As I was taking a shower on 1/30/2014 I fell out of the chair that I was sitting on. The shower heads are to slanted, and the only way to wash the water off of my body is to lay and get as close as possable to the wall. When this happened the chair gave out under me and I dropped in my left side, I an hit my head, my left elbow, cut my left knee, my hips hurt and my feet are getting swollen. Its been three (3) days and my body is in pain. I have address the fact that the Grimes Unit is not equiped or up to standards to house somebody in my condition (paraplegic). The deliberate indifference to my special need, and the total dosregards to my safty and body indegrity is apparent. I have spoken to the warden (Joe Page) about these issues, and have written several Grevances address the issues of the Grimes Unit not being equiped or up to standards, but it's been totally ignored by the Grimes Unit aministration. This is a clear violation of the 8th Amend. Cruel and unusal punishment, 14th Amend. due process, and equal protection._

_JUAN CARLOS R_ (Inmate Signature)    _2-2-14_ (Date)

Inmate Signature                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _2-2-14_ (date), and determined to be **Step One** and/or an Emergency Grievance _Y_ (Yes or No). This form was forwarded to medical or mental health? _N_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_T. Landolph_    _80547_    _(Staff Signature)_    _2-2-14_

**PRINT STAFF NAME (PROBLEM SOLVER)**    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _Medical has been made aware of your need for a shower chair._

_(Staff Signature)_ Sgt _2-3-14_        _JUAN CARLOS R_    **RECEIVED**

Staff Signature & Date Returned        Inmate Signature & Date Received    (Yes or No).

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: **MAR 2 1 2014**

If forwarded, provide name of person receiving this form: _____ Date: _____

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given Back to Inmate After Completion of Step One and Step Two.

_Pl Exh 4_

9.

IGTT410                                                                           Attachment III
3GS

INMATE NAME: Rodriguez, Juan C.        ADC #: 156405A    GRIEVANCE #: GR-14-00152

### WARDEN/CENTER SUPERVISOR'S DECISION

You allege in your grievance that the Grimes unit has a deliberate indifference to your special needs. Your barracks and shower facilities are ADA compliant and meet the requirements for your special needs. Your grievance is without merit.

_____            _____         _____
Signature of Warden/Supervisor or Designee          Title                          Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? THE BARRACKS & OTHER FACILITIES WHILE I'VE BEEN FILING THESE GRIEVANCES WERE NOT IN COMPLIANCE WITH ADA REQUIREMENTS. ALL OF MY GRIEVANCES WERE GIVEN EXTENSION WHILE THE UNIT COULD FIX THESE PROBLEMS IN ORDER TO FIND MY GRIEVANCES WITHOUT MERIT.

_____            _____         _____
JUAN.C Rodriguez                             156405              3-15-14
Inmate Signature                             ADC#                  Date

RECEIVED

MAR 2 1 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

RECEIVED

/   MAR 1 4 2014

WARDEN'S OFFICE

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.
FROM:  Townsend, Susan B
DATE:  02/06/2014

ADC #:  156405A
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  GR-14-00152

Please be advised, I have received your Grievance dated 02/01/2014 on 02/06/2014 .
You should receive communication regarding the Grievance by 03/07/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◉ This Grievance will be addressed by the Warden/Center Supervisor or designee.

○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

○ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____          _____          _____
Inmate Signature                                               ADC #                              Date

IGTT405                                                                                            Attachment V
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:   Inmate  <u>Rodriquez, Juan C.</u>          ADC #:  <u>156405A</u>
FROM:  <u>Evans, Marvin Jr</u>                    TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>GR-14-00152</u>     DATE:  <u>03/21/2014</u>

Please be advised, the appeal of your grievance dated
<u>02/01/2014</u>
was received in my office on this date   <u>03/21/2014</u>

**You will receive communication from this office regarding this Grievance by**   <u>05/02/2014</u>

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☒ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
    - ☐ (a) Unit Level Grievance Form (Attachment 1)
    - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☐ (c) Did not give reason for disagreement in space provided for appeal
    - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐ (e) Unsanitary form(s) or documents received
    - ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

Attachment VI

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405          GRIEVANCE#:GR-14-00152

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your grievance dated 2/1/14 was received by appeals on 3/21/14. After review of your appeal and supporting documentation, I find that a door ramp and drop down shower seat has been installed. Your complaint is with merit but resolved.

Appeal upheld.

Director          Date  3/27/14

IGTT440                                                                Attachment X
3GE

# GRIEVANCE EXTENSION

TO INMATE:   Rodriguez, Juan C.              ADC#:   156405
FROM:   Townsend, Susan B                    TITLE:  ADC Inmate Grievance Coord
DATE:   03/07/2014                           GRIEVANCE #:  GR-14-00152

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

Answer in a timely manner.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   03/21/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the
signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not
agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL
NOT have exhausted your administrative remedies, and your grievance will be returned to you without a
decision regarding its merit.

⌐ DISAGREE    By disagreeing with this extension, I waive my right to have this grievance issue
              considered, and acknowledge I have not exhausted the grievance process as necessary to
              pursue a complaint.


                                          ADC#: 156405  Date: _____

_____
Inmate Signature



_____
Warden/Center Supervisor Signature              Date



_____
Chief Deputy/Deputy/Assistant
Director/Director Signature                     Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)    FEB 18 2014

Unit/Center **Grimes**

Name **Rodriguez   Juan**                 Grimes

ADC# **156405**   Brks # **9**   Job Assignment **M/U**

FOR OFFICE USE ONLY

GRV # GR-14-00218

Date Received 2/18/14

GRV. Code #: 504

**2-14-14** (Date) STEP ONE: Informal Resolution

**2-17-14** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____
_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): The "chairs/bench" that have been put in place in the 9 barracks shower are at such an angle that makes it difficult if not impossible to turn the water (which already doesn't have enough pressure) on and rinse the lower half of my body.

_____
_____
_____
_____
_____
_____

Juan Carlos R                              2-14-14
Inmate Signature                                Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **2.14.14** (date), and determined to be Step One and/or an Emergency Grievance **Y** (Yes or No). This form was forwarded to medical or mental health? **N** (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

**T. Randolph**          **80547**     _[signature]_        **2/14/14**
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: Maintenance has been made aware of this issue it will be addressed.

_[signature]_      2-17-14        Juan Carlos R
Staff Signature & Date Returned       Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? RECEIVED _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) FEB 2 2014 Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
---------------INMATE GRIEVANCE SUPERVISOR---------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

P Exh 5

IGTT410
3GS

*9*

Attachment III

INMATE NAME: Rodriquez, Juan C.          ADC #: 156405A          GRIEVANCE #: GR-14-00218

### WARDEN/CENTER SUPERVISOR'S DECISION

A representative from the Spinal Cord Commission found the housing facilities were within compliance to meet your needs. Shower benches have been installed and are ADA compliant. Your grievance is without merit.

_____          _____          _____
Signature of Warden/Supervisor or Designee          Title: Warden          Date: 3/14/14

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? This issue has not been properly addressed.

**RECEIVED**

APR 2 9 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_____          _____          _____
Juan C Rodriguez 156405          Inmate Signature          ADC#          Date 4-22-14

**RECEIVED**

MAR 1 4 2014

**WARDEN'S OFFICE**

IGTT405
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
### or REJECTION OF APPEAL

TO:  Inmate  ·Rodriguez, Juan C.          ADC #:  156405A

FROM:  Evans, Marvin Jr          TITLE:  Deputy Director

RE: Receipt of Grievance  GR-14-00218          DATE:  04/29/2014

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
· OF THE APPEAL PROCESS

Please be advised, the appeal of your grievance dated
02/14/2014
was received in my office on this date  04/29/2014

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☐ The matter is non-grievable and does not involve retaliation:
    - ☐ (a) Parole and/or Release matter
    - ☐ (b) Transfer
    - ☐ (c) Job Assignment unrelated to medical restriction
    - ☐ (d) Disciplinary matter
    - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☐ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
    - ☐ (a) Unit Level Grievance Form (Attachment 1)
    - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☐ (c) Did not give reason for disagreement in space provided for appeal
    - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐ (e) Unsanitary form(s) or documents received
    - ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400                                                                  Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriquez, Juan C.               ADC #:  156405A
FROM:  Townsend, Susan B                     TITLE:  ADC Inmate Grievance Coord
DATE:  02/19/2014                            GRIEVANCE #:  GR-14-00218

Please be advised, I have received your Grievance dated 02/14/2014 on 02/18/2014 .
You should receive communication regarding the Grievance by 03/18/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ⦿ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.

- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ○ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____       _____       _____
Inmate Signature                      ADC #                  Date

**Received-Grievance** **Rejected**

UNIT LEVEL GRIEVANCE FORM (Attachment I)

| Unit/Center _Grimes_ | JUL 0 1 2014 | FOR OFFICE USE ONLY |
|---|---|---|

Name _Juan Rodrigues_ ~~Grimes~~

| | | GRV #_6R-14-00874_ |
|---|---|---|
| | | Date Received _7/1/14_ |

ADC# _156405_    Brks # _9_    Job Assignment _med-unassigned_    GRV. Code #: _504_

_6-27-_ (Date) STEP ONE: Informal Resolution     Duplicate

_6-30-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

_6-30-14_   If the issue was not resolved during Step One, state why: _We have talked to the officers about this Before & they haven't fixed it._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _the shower seats in the shower are not cousioned and they give me pressure sores when I transfer they reopen my sores they need a softer cousion on them. Also they are to narrow & I have almost fallen off of them they need to be moved out from the wall. Cause the water doesn't fall on me when there turned on the water sprays over me_

RECEIVED

JUL 1 0 2014

INMATE GRIEVANCE SUPERVISOR

_Juan Rodrigues_      _6-27-14_

Inmate Signature        Date      ADMINISTRATION BUILDING

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6/28/14_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Corey McGahey_    _67006_    _McGahey_    _6/28/14_

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _The shower seats in 9bks meet ADA standards._

_Sgt. O'Neill 6/30/14_       _Juan Rodriguez 7-30-14_

Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

_Pl Exh 6_



IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:  Townsend, Susan B                         TITLE:  ADC Inmate Grievance Coord
DATE:  07/01/2014                                GRIEVANCE #:  GR-14-00874

Please be advised, I have received your Grievance dated 06/27/2014 on 07/01/2014 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

○  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of GR-14-00218 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_Juan C. Rodriguez  156405_      _7-2-14_
Inmate Signature                ADC #              Date

_The problem is Still not Fixed
And I need a Copy of Grievance
GR-14-00218_

RECEIVED

JUL 1 0 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

INMATE NAME: Rodriguez, Juan C.        ADC #: 156405        GRIEVANCE#:GR-14-00874

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

Your appeal dated 6/27/14 was received on 7/10/14. After review of your appeal and supporting documentation, I find that Mr. Cowell, Grimes Infirmary HSA, states that the Spinal Cord Commission was on site to access your living facilities. Mr. Cowell stated that their findings were that the housing facility was within compliance for you. Your appeal is without merit.

Appeal denied.

Director                    7-21-14
                            Date

# UNIT LEVEL GRIEVANCE FORM (Attachment to Received \ Grievance

**Unit/Center** ___Grimes___

FOR OFFICE USE ONLY

GRV. # _GR-14-00010_

**Name** ___JUAN CARLOS Rodriguez___

**RECEIVED** **JAN 03 2014**

-Date Received: _1/3/14_

**ADC#** _156405_ **Brks #** _9_ **Job Assignment** Grimes Un-Assign

GRV. Code #: _00005 71_

PI Exh- 7

_____ (Date) STEP ONE: Informal Resolution

_12/31/13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_12-30-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Paralized from waist down, have no help attending to my needs and unit not fit for Paraplegics_

*Is this Grievance concerning Medical or Mental Health Services?* __X__ *If yes, circle one* ( medical ) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I need to be transfered back to Malvern unit due to me being paralized. I have needs that can't be met at this unit. The Chow hall wont accomodate wheel Chairs, I have to use the bathroom in my bed, I have no help getting cleaned up, the Showers don't accomodate my condition because the hand rails help people who have trouble standing, I can't stan at all because Im paralized so I can't get in or out of a Shower Chair un-assisted, and definatly not these Shower Chairs provided at this unit because they have no arms or supports to leverage myself in and out. I have supplies that I need that I can only get at Malvern unit. The barracks is not set up for wheel Chairs, I can't maneuver around my bed because there is not enough room, I have no privicy to take care of myself in my bed when I mess myself. Please ship me back to Malvern imediatly._

_____

_JUAN Carlos R._      _12-30-13_
**Inmate Signature**         **Date**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _12/30/13_ (date), and determined to be **Step One** and/or an **Emergency Grievance** _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Russell Hitch Lpn_ Date _12-31-13_

_Corey McHugH_    _67002_      _12/30/13_
**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**      **Date Received**

Describe action taken to resolve complaint, including **dates**: _The medical department has no control over unit transfers._

_____

_12-31-13_        _JUAN CARLOS R._
**Staff Signature & Date Returned**        **Inmate Signature & Date Received**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____ **RECEIVED**
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _MAY 02 2014_

----------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Grievance Supervisor to Inmate After Completion of Step One and Step Two.

ADMINISTRATION BUILDING

IGTT440                                                                                    Attachment X
3GE

# GRIEVANCE EXTENSION

TO INMATE:   Rodriguez, Juan C.              ADC#:   156405
FROM:   Townsend, Susan B                    TITLE:   ADC Inmate Grievance Coord
DATE:   01/31/2014                           GRIEVANCE #:   GR-14-00010

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

investigate this matter further.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   02/14/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the
signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not
agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL
NOT have exhausted your administrative remedies, and your grievance will be returned to you without a
decision regarding its merit.

☐ DISAGREE     By disagreeing with this extension, I waive my right to have this grievance issue
                considered, and acknowledge I have not exhausted the grievance process as necessary to
                pursue a complaint.


                                ADC#: 156405 Date: _____

_____
Inmate Signature



_____            _____
Warden/Center Supervisor Signature              Date



_____            _____
Chief Deputy/Deputy/Assistant
Director/Director Signature                     Date

IGTT440
3GE

Attachment X

# GRIEVANCE EXTENSION

TO INMATE:  Rodriguez, Juan C.
FROM:  Townsend, Susan B
DATE:  02/14/2014

ADC#:  156405
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  GR-14-00010

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

Investigate this matter further.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:  02/28/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the
signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not
agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL
NOT have exhausted your administrative remedies, and your grievance will be returned to you without a
decision regarding its merit.

☐ DISAGREE    By disagreeing with this extension, I waive my right to have this grievance issue
considered, and acknowledge I have not exhausted the grievance process as necessary to
pursue a complaint.

ADC#: 156405 Date: _____

_____
Inmate Signature

_____
Warden/Center Supervisor Signature              _____
                                                 Date

_____
Chief Deputy/Deputy/Assistant
Director/Director Signature                      _____
                                                 Date



IGTT440                                                                    Attachment X
3GE

# GRIEVANCE EXTENSION

TO INMATE:   Rodriguez, Juan C.          ADC#:   156405
FROM:   Townsend, Susan B                TITLE:   ADC Inmate Grievance Coord
DATE:   02/28/2014                       GRIEVANCE #:   GR-14-00010

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

answer in a timely manner.


YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   03/17/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the
signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not
agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL
NOT have exhausted your administrative remedies, and your grievance will be returned to you without a
decision regarding its merit.

☐ DISAGREE    By disagreeing with this extension, I waive my right to have this grievance issue
              considered, and acknowledge I have not exhausted the grievance process as necessary to
              pursue a complaint.



_____ ADC#: 156405 Date: _____

_____
Inmate Signature


_____
_____
Warden/Center Supervisor Signature          Date



_____
Chief Deputy/Deputy/Assistant               _____
Director/Director Signature                 Date




RECEIVED

MAY 0 2 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION       DIV.

IGTT410
3GS

Attachment III

INMATE NAME: Rodriguez, Juan C.        ADC #: 156405A        GRIEVANCE #: GR-14-00010

### WARDEN/CENTER SUPERVISOR'S DECISION

Per AD 12-16 Inmate Grievance Procedure states, "Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed." You have grieved multiple issues. You were provided a chair by medical which is all that is required. However, maintenance installed a drop down shower seat to make it easier for you to shower. Therefore, this grievance is resolved and without merit.

_____        _____        _____
Signature of Warden/Supervisor or Designee        Title            Date
                                                  Warden          3/3/14

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? The issues addressed at this Grievance has not been properly handled. Grimes Unit administration is using me like a guinea pig so they can fix this unit to be up to standards to accommodate people to my condition. I have to go through pain and suffering and other humiliating deliberate acts by the Grimes Unit Administration in violation of the Federal and State Constitutions.

_____        _____        _____
Inmate Signature                  ADC#             Date
JUAN. C Rodriguez              156405            4-23-14

### RECEIVED

MAY 0 2 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

### RECEIVED

MAR 0 3 2014

WARDEN'S OFFICE

IGTT400                                                                                      Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                ADC #:  156405A
FROM:  Townsend, Susan B                       TITLE:  ADC Inmate Grievance Coord
DATE:  01/06/2014                              GRIEVANCE #:  GR-14-00010

Please be advised, I have received your Grievance dated 12/30/2013 on 01/03/2014 .
You should receive communication regarding the Grievance by 02/03/2014

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ⊙ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⊙ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⊙ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.

- ⊙ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⊙ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____
Inmate Signature                                    ADC #                                      Date

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Rodriquez, Juan C.          ADC #:  156405A          *FAILURE TO FOLLOW*
FROM:  Evans, Marvin Jr                  TITLE:  Deputy Director    *POLICY HAS RESULTED IN*
RE: Receipt of Grievance  GR-14-00010    DATE:  05/02/2014         *A REJECTION FOR THIS*
                                                                   *APPEAL AND MARKS THE END*
        Please be advised, the appeal of your grievance dated      *OF THE APPEAL PROCESS*
                            12/30/2013
        was received in my office on this date  05/02/2014

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate
Grievances due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☒ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
- ☐ You did not send all the proper Attachments:
    - ☐ (a) Unit Level Grievance Form (Attachment 1)
    - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
      Attached (Attachment IV for Health Issues Only)
    - ☐ (c) Did not give reason for disagreement in space provided for appeal
    - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐ (e) Unsanitary form(s) or documents received
    - ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

**UNIT LEVEL GRIEVANCE FORM** (Attachment ~~Received \ Grievance~~

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # 6R-14-00062 |
| | Date Received: 1/17/14 |
| | GRV. Code #: 600 |

Unit/Center GRIMES

Name JUAN RODRIGUES           **JAN 17** 20

ADC# 156405   Brks # 9   Job Assignment Grimes

PT Exh 8

1-12-14 (Date) STEP ONE: Informal Resolution

1-15-14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This still does Not tell
me why my Pain Medication was discontinued.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): I WANT TO KNOW WHY MY
TRAMADOL, MY PAIN MEDICATION, WAS DISCONTINUED.

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVE
ARKANSAS DEPT
OF CORRECTION

APR 30 2014

Health & CORRECTIONAL PROGRAMS

JUAN CARLOS R                    1-12-14
Inmate Signature                 Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 1-12-14 (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? (Yes) or No). If yes, name
of the person in that department receiving this form: _____ Date 1/12/14
Roger Gray    87105   Roger Gray     1-12-14
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates:** Tramadol was discontinued
on 1-8-14 during your Dr's visit.

_____ 1-15-14              JUAN CARLOS R
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 1/15/14
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

## ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.          ADC #:  156405A
FROM:  Townsend, Susan B               TITLE:  ADC Inmate Grievance Coord
DATE:  01/17/2014                      GRIEVANCE #:  GR-14-00062

Please be advised, I have received your Grievance dated 01/12/2014 on 01/17/2014 .
You should receive communication regarding the Grievance by 02/18/2014

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

◌  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

---

Inmate Signature                    ADC #                              Date

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVED: ARKANSAS DEPARTMENT
ARKANSAS DEPARTMENT
OF CORRECTION

APR 3 0 2014

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Rodriquez, Juan C.          ADC #:  156405A
FROM:  Griffin, Rory L                         TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  GR-14-00062    DATE:  04/30/2014

    Please be advised, the appeal of your grievance dated
                                                01/12/2014
        was received in my office on this date  04/30/2014

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☑  The time allowed for appeal has expired
☑  The matter is non-grievable and does not involve retaliation:

    ☑  (a) Parole and/or Release matter
    ☑  (b) Transfer
    ☑  (c) Job Assignment unrelated to medical restriction
    ☑  (d) Disciplinary matter
    ☑  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☑  (f) Involves an anticipated event

☑  You did not send all the proper Attachments:

    ☑  (a) Unit Level Grievance Form (Attachment 1)
    ☑  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☑  (c) Did not give reason for disagreement in space provided for appeal
    ☑  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☑  (e) Unsanitary form(s) or documents received
    ☑  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

*FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS*

IGTT420
3GH

Attachment IV

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405A          GRIEVANCE #: GR-14-00062

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(6043 Your 1/17/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you don't know why your Tramadol was discontinued.

Records reflect you were seen by Dr. Nance on 1/8/14. He changed your Tramadol to Tylenol. Both of these medications can be used to treat pain. At this time your medical provider has determined this medication is appropriate to treat your diagnosis.

In conclusion, you are encouraged to take all your medications as ordered by your medical provider. If you find that this medication is not effective, please notify medical staff by submitting a sick call request. Your grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

Title

2/21/14
Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I am in pain. Dr. Nance has down graded My pain medication from Tramadol to Tylenol. I am in pain... I am the one feeling the pain [not] Dr. Nance. I need pain medican stronger then Tylenol. Why am I Not getting the proper medication for my pain? Has the ADC stopped providing Tramadol?, or is Dr. Nance somehow connected to my body that he could feel what level of pain my body is going through?, or is this some sort of racial issue that I'm not getting the medication I need?, this issue is Not properly resolved.

_____          _____          _____
JUAN C Rodriguez                    156405              4-22-14
Inmate Signature                    ADC#                  Date

IGTT420                    Page 1 of 1

Received \ Grievance

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Grimes_

JAN 24 2014

Name _JUAN CARLOS Rodriguez_     **Grimes**

DC# _156405_  Brks # _9_  Job Assignment _Med un-assign_

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _6R-14-00104_ |
| Date Received _1/24/14_ |
| GRV. Code # _600_ |

_1-16-14_ (Date) STEP ONE: Informal Resolution

_1-22-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _This issue has not been resolved_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _✓_ *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I am out of my stay stay dry under pads and moist sanitary wipes that I have to have when I deficate in my bed. I am paralized and can't use a toilet and have to lay in my bed to use the bathroom. The pads are so I don't deficate in my sheets. This is something I need. Also the moist wipes. I have to clean my self before I can move around. This is mandatory stuff I need. My basic medical needs are not being met at this unit. I had this stuff already at Malvern unit and now its being denied to me.

RECEIVED
ARKANSAS DEPARTMENT OF CORRECTION
APR 30 2014
Inmate Grievance Supply & CORRECTIONAL PROGRAM

~~FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS~~ 6·14

_JUAN CARLOS R._
Inmate Signature

_6·14_
Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _1-7-Jan14_ (date), and determined to be ~~Step One~~ and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form? _Roland Cuny_  Date _1-18-14_

_K. Deloach_
**PRINT** STAFF NAME (PROBLEM SOLVER)

_7253_
ID Number

_(signature)_
Staff Signature

_17Jan14_
Date Received

Describe action taken to resolve complaint, including **dates**: The requested supplies are being ordered.

_(signature)  1-22-14_
Staff Signature & Date Returned

_JUAN CARLOS R_
Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _1-22-14_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Rodriguez, Juan C.          ADC #:  156405A
FROM:  Griffin, Rory L                        TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  GR-14-00104      DATE:  04/30/2014

Please be advised, the appeal of your grievance dated
01/16/2014
was received in my office on this date  04/30/2014

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
    ☒ (a) Parole and/or Release matter
    ☒ (b) Transfer
    ☒ (c) Job Assignment unrelated to medical restriction
    ☒ (d) Disciplinary matter
    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
    ☒ (a) Unit Level Grievance Form (Attachment 1)
    ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☒ (c) Did not give reason for disagreement in space provided for appeal
    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒ (e) Unsanitary form(s) or documents received
    ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT420
3GH

Attachment IV

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405A          GRIEVANCE #: GR-14-00104

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(653) Your 1/24/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you do not have the supplies that you need.

Review of your record does not show any documentation of you notifying staff that you were out of the requested products until you filed the Step 1 complaint on 1/16/14. As soon as medical was made aware, the needed supplies were ordered and issued to you. At this time you have the wipes on person. You are not receiving pads on person because you are performing your bowel elimination in the medical department nightly.

In conclusion, it is your responsibility to notify medical staff when you are running low on supplies so that more can be issued to you. Your grievance is found to have had merit but has been resolved.

If your medical condition changes please address any concerns through the sick call process.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Title

Date 2/24/14

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? The medical dept. of the Grimes Unit is still denying me my supplies. This issue has not been properly resolved.

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVE
ARKANSAS
OF CORRECTION

APR 3 0 2014

HEALTH & CORRECTIONAL PROGRAMS

JUAN C Rodriguez          156W05          4-22-14
Inmate Signature          ADC#          Date

IGTT420          Page 1 of 1

IGTT400                                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:  Townsend, Susan B                          TITLE:  ADC Inmate Grievance Coord
DATE:  01/27/2014                                 GRIEVANCE #:  GR-14-00104

Please be advised, I have received your Grievance dated 01/16/2014 on 01/24/2014 .
You should receive communication regarding the Grievance by 02/24/2014

Signature of ADC Inmate Grievance Coord

# CHECK ONE OF THE FOLLOWING

⌒ This Grievance will be addressed by the Warden/Center Supervisor or designee.

ⓐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

⌒ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

⌒ This Grievance has been determined to be an emergency situation, as you so indicated.

⌒ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

⌒ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

# INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____        _____        _____
Inmate Signature                        ADC #                    Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _____

~~JAN 24 2014~~

Name JUAN CARLOS Rodriguez ~~Grimes~~

| FOR OFFICE USE ONLY |
|---|
| GRV # 6R-14-00105 |
| Date Received. 1/24/14 |
| GRV. Code #: 600 |

)C# 156405   Brks # 9   Job Assignment _____

Pl Exh 10

1-22-2014 (Date) STEP ONE: Informal Resolution

1-23-2014 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This issue has not been resolved. I need the things requested, it is medically necessary.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* Yes  *If yes, circle one* medical *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 1-22-2014 I was called to medical to see about my grievances that I had submitted. I spoke to Ms. Horn. We got to the grievance when I ask for i Bedrest allowing me to be under the covers because my body is always cold due to the fact that I'm a paraplegic, and 2 extra blankets. Ms. Horn tells me that the doctor won't allow me to have these things because that would make me comfortable, and that his job is not for me to be comfortable but to make sure my medical needs are met and nothing else. First I will address the fact that I am paraplegic and that it is a well known fact that due to a paraplegics bad blood circulation their body is always cold. There are Black or white inmates who don't have my condition who have a medical script for the things at I've been denied, this looks like racial prejudice towards me, and Second, I have been sent prison "as punishment" by the courts of this state, "Not" to be punished by ADC or Corizon staff, or by any other state employee. By Ms. Horn stating that their job is not to make prisoners comfortable show that the Corizon staff thinks itself part of the judicial system and that some how its their duty to make a prisoner's life as hard, or as un-comfortable as medically possible. I need a script to when I can keep my blanket over me because I'm always cold.

JUAN CARLOS R.                                    1-23-14
Inmate Signature                                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 23 Jan 14 (date), and determined to be **Step One** and/or an Emergency Grievance ~~Yes~~ (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: Ava Bunn APRN   Date _____

Richard Fg                    78253                                        23 Jan 14
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                Date Received

Describe action taken to resolve complaint, including dates: Per the NP the requested scripts are not medically necessary at this time

_____ 1-23-14                                    JUAN CARLOS R
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
taff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 1-23-14
If forwarded, provide name of person receiving this form: _____   Date: _____

---------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                  ADC #:  156405A
FROM:  Townsend, Susan B                         TITLE:  ADC Inmate Grievance Coord
DATE:  01/27/2014                                GRIEVANCE #:  GR-14-00105

Please be advised, I have received your Grievance dated 01/22/2014 on 01/24/2014 .
You should receive communication regarding the Grievance by 02/24/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

⌐  This Grievance will be addressed by the Warden/Center Supervisor or designee.

⊙  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

⌐  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

⌐  This Grievance has been determined to be an emergency situation, as you so indicated.

⌐  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

⌐  This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____
Inmate Signature                         ADC #                        Date

IGTT420
3GH

Attachment IV

INMATE NAME: Rodriguez, Juan C.        ADC #: 156405A      GRIEVANCE #: GR-14-00105

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(605) Your 1/24/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You are requesting a script to stay in bed under the covers all day.

Records reflect you have been seen and examined by Dr. Nance on 1/8/14. He noted no remarkable findings and determined your request for a bed rest script was not medically necessary at that time.

In conclusion, you do not have an order for a bed rest script at this time; therefore, your grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

Bc 2-27-14

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee                                    Title                    Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 4 2014

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I AM IN A CONSTANT STATE OF DISCOMFORT AS WELL AS PAIN DUE TO MY CONSTANTLY BE COLD, THE LACK OF CARE & PROFFESSIONALISM SHOWN BY DR. NANCE IN STATING NO REMARKABLE FINDINGS IS A BLATANT DISREGUARD TO MY SERIOUS MEDICAL NEEDS. IT HAS BEEN RULED ON IN FEDERAL COURT THAT PAIN IS AN EMERGENCY, THEREFORE THE FACT I'VE MADE DR. NANCE AWARE OF THIS & THE FACT I'VE BEEN DENIED SOME SORT OF TREATMENT FOR THIS PROBLEM SHOWS DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS AS EVEN A LAY PERSON COULD SEE THE PROBLEM & SOLUTION FOR THIS SITUATION.

JUAN CARLOS Rodriguez          156405          2-27-14

Inmate Signature                    ADC#                    Date

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Rodriquez, Juan C.</u>   ADC #:  <u>156405A</u>
FROM:  <u>Griffin, Rory L</u>          TITLE:  <u>Dep Dir for Hlth and Corr Svc</u>
RE: Receipt of Grievance  <u>GR-14-00105</u>   DATE:  <u>03/05/2014</u>

Please be advised, the appeal of your grievance dated
<u>01/22/2014</u>
was received in my office on this date  <u>03/05/2014</u>

**You will receive communication from this office regarding this Grievance by**  <u>04/16/2014</u>

☐ The time allowed for appeal has expired
☑ The matter is non-grievable and does not involve retaliation:
     ☑ (a) Parole and/or Release matter
     ☑ (b) Transfer
     ☑ (c) Job Assignment unrelated to medical restriction
     ☑ (d) Disciplinary matter
     ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
     ☐ (f) Involves an anticipated event
☑ You did not send all the proper Attachments:
     ☑ (a) Unit Level Grievance Form (Attachment 1)
     ☑ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
        Attached (Attachment IV for Health Issues Only)
     ☐ (c) Did not give reason for disagreement in space provided for appeal
     ☑ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
     ☑ (e) Unsanitary form(s) or documents received
     ☑ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

Attachment VI

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405          GRIEVANCE#:GR-14-00105

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On January 23, 2014, you grieved that you were denied medical restrictions. You state on January 22, Ms. Horn informed you that the doctor denied your script request because that would make you comfortable and he is to only ensure that your medical needs are met.

The medical department responded, "Records reflect you have been seen and examined by Dr. Nance on 1/8/14. He noted no remarkable findings and determined your request for a bed rest script was not medically necessary at that time. In conclusion, you do not have an order for a bed rest script at this time; therefore, your grievance is without merit."

Your appeal states that you are constantly cold which causes you to have pain and discomfort. You state that Dr. Nance showed a lack of professionalism when he stated no remarkable findings and he has disregarded your serious medical needs.

On January 8, Dr. Nance saw you for your script request. He noted that due your current medical condition, your request would be deferred until or if your medical condition changes.

I encourage you to utilize the sick call process if your current treatment plan is ineffective.

You have been seen for your complaints and treated as deemed appropriate and clinically indicated based upon your provider's medical judgment; therefore, I find this appeal without merit.

_____          ___4/10/14___
Director                              Date

I Need to Know if this is the end of the ADC's or its Medical providers Appeal Process? I would like to Know who else I can get in touch with because this issue has not been properly handled, and it is looking like the Medical dept. of Grimes Unit is [not] treating me properly due to my Ethnicity. (Affidavit Attached)

COPY

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**
Unit/Center ___GRIMES___

FEB 1**8** 2014

<div style="float:right">

FOR OFFICE USE ONLY

GRV. # __6R-14-001 7__ 7

Date Received: __2/13/14__

GRV. Code #: __600__

</div>

Name ___JUAN RODRIGUEZ___    **Grimes**

DC# __156405___    Brks # __9___    Job Assignment __M U__

__2-6-14___ (Date) STEP ONE: Informal Resolution

__2-10-14___ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __I DON'T FEEL THAT THIS WAS HANDLED PROFESSIONALY & NONE OF MY POINTS ON THIS GRIEVANCE WERE ADDRESSED, STILL AN ISSUE.___

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __YES__ _If yes, circle one_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __ON OR ABOUT 2-5-14 / UNDER THE INSTRUCTION OF MS. HORN, WENT TO MEDICAL TO RECIEVE ASSISTANCE & SEEK A SANITARY ENVIROMENT WITH WHICH TO CLEAN MYSELF. WHEN I ARRIVED I TOLD OFFICER PARKER THAT I NEEDED MY CLEANING ARTICLES & ASSISTANCE TO CLEAN MYSELF. OFFICER PARKER CAME BACK WITH PADS, DIAPERS, CATHITERS & DIRECTED ME TO A ROOM TO "HANDLE MY BUSINESS", I ASKED WAS I GOING TO RECIEVE HELP & NURSE DOLSE TOLD ME THAT SHE NOR ANY OTHER OF THE NURSING STAFF WERE GOING TO ASSIST ME, THAT I COULD DO MYSELF WHAT I NEEDED DONE! I TOLD HER THAT MS. HORN SAID I WOULD RECIEVE HELP, SHE (NURSE DOLSE) THEN TOLD ME I WAS LYING. OFFICER PARKER & NURSE DOSE THEN BOTH BECAME VERY DISRESPECTFUL & THREATENED ME WITH DISCIPLINARY ACTION. I EXPLAINED I WAS NOT THERE TO ARGUE NOR DISRESPECT ANYONE, I WAS MERELY THERE TO CLEAN MYSELF IN A SANITARY ENVIROMENT INSTEAD OF ON MY RACK WHERE I'VE BEEN DOING IT. THIS IS I BELIEVE A DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEED. THIS IS A CONTINUOUS PROBLEM WITH THE MEDICAL DEPT. AT GRIMES.___

_JUAN CARLOS. R._                     __2-6-14__
Inmate Signature                          Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __2-6-14__ (date), and determined to be **Step One** and/or an Emergency Grievance __No__ (Yes or No). This form was forwarded to medical or mental health? __Y__ (Yes or No). If yes, name of the person in that department receiving this form: _Janet Rawsdy_ Date __2-6-14__

_Richard Lee_        __13504__    _Richard Lee_        __2-6-14__
**PRINT** STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**:
__Issue discussed with inmate by H.S.A., D.O.N., & guidance officer.__

_Y Horn_ __2/10/14__                    _JUAN CARLOS R_
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? __(Yes or No)__.
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: __MAR 25 2014__

RECEIVED
ARKANSAS DEPARTMENT
OF CORRECTION

-------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.
FROM:  Townsend, Susan B
DATE:  02/12/2014

ADC #:  156405A
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  GR-14-00177

Please be advised, I have received your Grievance dated 02/06/2014 on 02/12/2014 .
You should receive communication regarding the Grievance by 03/13/2014

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____    _____    _____
Inmate Signature                             ADC #                          Date

IGTT420
3GH

Attachment IV

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405A          GRIEVANCE #: GR-14-00177

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(653) Your 2/12/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You allege medical staff did not treat you appropriately or professionally on 2/5/14.

This issue was addressed through administration and was reviewed with alleged staff. Outcomes are considered confidential and addressed at the administrative level, as deemed necessary. However, you were given your supplies and the opportunity to complete your treatment.

In conclusion, all staff is required to treat patients with respect and to demonstrate professionalism at all times. You have received treatment for your condition, your grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

B. Crow NSA 3-12-14

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____
Title

3/12/14
Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

**INMATE'S APPEAL**

MAR 25 2014

HEALTH & CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? THE FACT THAT WHATEVER WAS ADDRESSED BY ADMINISTRATION IS CONFIDENTIAL DOES SHOW THAT THERE WERE POINTS OF MY GRIEVANCE WHICH SHOULD'VE DEEMED WITH MERIT YET THIS RESPONSE STATES OTHERWISE. I WAS NOT TREATED WITH RESPECT & PROFESSIONALISM BY THE NAMED MEDICAL NOR SECURITY STAFF, YET BECAUSE I WAS TALKED TO IN PERSON THE ISSUE WAS DEEMED TAKEN CARE OF & THEREFORE CAN BE ANSWERED WITH THE RESPONSE OF WITHOUT MERIT TO LOOK GOOD. MY ISSUE WITH HOW THE STAFF CONDUCTED THEIRSELVES WAS NOT EVEN TOUCHED ON THEREFORE MY GRIEVANCE WASN'T HANDLED PROPPERLY.

_____
Inmate Signature

156405
ADC#

3-12-14
Date

IGTT420                    Page 1 of 1

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Rodriquez, Juan C.          ADC #:  156405A
FROM:  Griffin, Rory L                   TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  GR-14-00177    DATE:  03/25/2014

Please be advised, the appeal of your grievance dated
02/06/2014
was received in my office on this date  03/25/2014

**You will receive communication from this office regarding this Grievance by**  05/06/2014

☐  The time allowed for appeal has expired
☐  The matter is non-grievable and does not involve retaliation:
    ☐  (a) Parole and/or Release matter
    ☐  (b) Transfer
    ☐  (c) Job Assignment unrelated to medical restriction
    ☐  (d) Disciplinary matter
    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
    ☐  (a) Unit Level Grievance Form (Attachment 1)
    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐  (c) Did not give reason for disagreement in space provided for appeal
    ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐  (e) Unsanitary form(s) or documents received
    ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405          GRIEVANCE#:GR-14-00177

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On February 6, 2014, you grieved that Nurse Doss refused to assist you with cleaning yourself. You state on February 5, you went to the medical department to receive assistance and seek a sanitary environment to clean yourself. You state Officer Parker retrieved your supplies and told you to handle your business. You state you asked Nurse Doss is she was going to assist you and she told you that you could do it yourself and that neither she, nor any other medical staff were going to assist you. You state Officer Parker and Nurse Doss were disrespectful and threatened you with disciplinary action. You state this is a continuous problem.

The medical department responded, "This issue was addressed through administration and was reviewed with alleged staff. Outcomes are considered confidential and addressed at the administrative level, as deemed necessary. However, you were given your supplies and the opportunity to complete your treatment. In conclusion, all staff is required to treat patients with respect and to demonstrate professionalism at all times. You have received treatment for your condition. your grievance is without merit. If your medical condition changes please address any concerns through the sick call process."

Your appeal states the medical department's response proves there were points in grievance that should have been found with merit, yet they did not find them with merit. You state you were not treated with respect and professionalism by Officer Parker and Nurse Doss, but because you were talked to in person regarding the issue, the issue was deemed without merit. You state your issue with how staff conducted themselves was not addressed; therefore, your grievance was not handled properly.

Officer Parker did not violate policy by handing you your supplies and telling you to handle your business. Nurse Doss is no longer employed with Correct Care Solutions; however, prior to her departure, she wrote a statement for this grievance. Nurse Doss noted that she advised you that you would not be staying in the medical department any longer than what was necessary for you to complete your personal care. A review of your medical record does not indicate that you have an order to receive assistance with your personal care.

This appeal is without merit.

_____          _____
Director                         Date   5/6/14

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center  _GRIMES_

Name  JUAN RODRIGUEZ

ADC# _156405_   Brks # _9_   Job Assignment _MU_

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

PI Exh 12

_2-17-14_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _YES_ *If yes, circle one:* medical *or* mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): DURING TREATMENT CALL I AM NOT PROVIDED WITH ANYTHING WITH WHICH TO CLEAN MYSELF EXCEPT 1 PLASTIC GLOVE, NO WIPES, & 1 PAD ON WHICH TO CHANGE!. THIS ISN'T ENOUGH & I'VE EXPRESSED AS MUCH TO THE STAFF NURSES BUT TO NO AVAIL. I NEED AT LEAST 2 PADS, SEVERAL WIPES, & 2 RUBBER GLOVES. CAN THIS PROBLEM PLEASE BE ADDRESSED. RESPECTFULLY.

JUAN CARLOS R
Inmate Signature

Date  2-17-14

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _2-17-14_ (date), and determined to be Step One and/or an Emergency Grievance _yes_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Chiapp  M_  Date _2/17/14_

Cpl Kubie Dixon  _7836_  Staff Signature  _2-17-14_
**PRINT STAFF NAME (PROBLEM SOLVER)**  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: _You have been issued wipes on person & gloves & a pad are being provided to you nightly_

Harmon PM  2/21/14
Staff Signature & Date Returned

JUAN CARLOS R
Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _2-24-14_
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __Grimes__

MAR 2 4 2014

Name __Juan C. Rodriguez__

~~Grimes~~

DC# __156405__ Brks # __9__ Job Assignment _____

FOR OFFICE USE ONLY

GRV # __GR-14-00394__

Date Received: __03/24/14__

GRV Code #: __600__

__3-19-14__ (Date) STEP ONE: Informal Resolution

PL Exh - 13

__3.19.14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____
__YES EMERGENCY__

__3-19-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __risk of infection__

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __I was getting 3 catheters per week and today I was told that I would be getting only 1 (one) per week. Am I am being put at risk of infection by using only one catheter all week. It is bad enough that I am not given gloves, soap, etc. for the changing of the catheters.__

__Juan C. Rodriguez__
Inmate Signature

__3-19-14__
Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __3-19-14__ (date), and determined to be **Step One** and/or an Emergency Grievance ____ (**Yes** or No). This form was forwarded to medical or mental health? __N__ (Yes or **No**). If yes, name of the person in that department receiving this form: _____ Date _____

__L Landolph__          __80547__
**PRINT** STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    __3/19/14__ Date Received

Describe action taken to resolve complaint, including **dates**: __According to your script and medical staff you were told by the Dr. that you would only be getting one every Wednesday.__

__3/19/14 @ 1110p__
Staff Signature & Date Returned

__Juan C. Rodriguez__
Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405          GRIEVANCE#:GR-14-00394

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On March 19, 2014, you grieved you were receiving three catheters per week and you were told on this date you would only be receiving one a week. You state you are being put at risk of infection by using one catheter all week.

The medical department responded, "Review of your record shows that you were educated on March 19, 2014 that community standard was one catheter per month according to the urologist. You were given a script for one per week, along with instructions on care and cleaning. In conclusion, your care is consistent with or exceeds community standard in regards to number of catheters allowed. This grievance is without merit. If your medical condition changes please address any concerns through the sick call process. "

Your appeal states that the issue with your catheter arose after being confronted by Deputy Warden Page about talking to him. You state your catheters being taken away is retaliation by Deputy Warden Page and the Corizon staff. You state this is deliberate indifference to your medical needs.

After a review of your medical record, Mrs. Brenda Bridgeman, DON documented on March 19, 2014 Dr. Nance consulted with Dr. Emery, Urologist and new orders were received to change your catheter orders to one catheter a week (to be issued on Wednesday) and to instruct you to wash catheter out after each use and place it back in the package until you needed to use it for In/Out self cath. Dr. Nance added to the encounter, that Dr. Emery stated that catheters need to be dispensed no more than one per month, so one per week should be more than sufficient.

There is no evidence to support your allegations about Deputy Warden Page.

This appeal is without merit.

_____          _____ 6/12/14 _____
Director                                          Date

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.

FROM:  Toatley, Latanya Frances

DATE:  03/24/2014

ADC #:  156405A

TITLE:  Lic Practical Nurse

GRIEVANCE #:  GR-14-00394

Please be advised, I have received your Grievance dated 03/19/2014 on 03/24/2014 .

You should receive communication regarding the Grievance by 04/21/2014

Signature of Lic Practical Nurse

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

▢ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Director you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____
Inmate Signature                               ADC #                              Date

IGTT405                                                                                   Attachment V
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
### or REJECTION OF APPEAL

TO:  Inmate  Rodriquez, Juan C.          ADC #:  156405A
FROM:  Griffin, Rory L                   TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  GR-14-00394    DATE:  04/30/2014

Please be advised, the appeal of your grievance dated
03/19/2014
was received in my office on this date  04/30/2014

**You will receive communication from this office regarding this Grievance by**   06/12/2014

☐   The time allowed for appeal has expired
☐   The matter is non-grievable and does not involve retaliation:
    ☐   (a) Parole and/or Release matter
    ☐   (b) Transfer
    ☐   (c) Job Assignment unrelated to medical restriction
    ☐   (d) Disciplinary matter
    ☐   (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐   (f) Involves an anticipated event
☐   You did not send all the proper Attachments:
    ☐   (a) Unit Level Grievance Form (Attachment 1)
    ☐   (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
        Attached (Attachment IV for Health Issues Only)
    ☐   (c) Did not give reason for disagreement in space provided for appeal
    ☐   (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐   (e) Unsanitary form(s) or documents received
    ☐   (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT420
3GH

Attachment IV

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405A          GRIEVANCE #: GR-14-00394

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(653) Your 3/24/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you need more than one catheter per week.

Review of your record shows that you were educated on 3/19/14 that community standard was 1 catheter per month according to the urologist. You were given a script for one per week, along with instructions on care and cleaning.

In conclusion, your care is consistent with or exceeds community standard in regards to number of catheters allowed. this grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

_Dilly(?)well(?)H57 4-16-2014_

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____       _____
Title                                Date  4/16/14

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? This issue about my Catheter change when Ass. Warden, Joe Page asked me why I didit like talking to him, Next thing I know my Cattheter are token away. This is Retaliation by Ass. Warden Joe Page a violation of ADC policy, and the Corizon medical provider staff of the Grime Unit is playing along showing deliberate indifference to my medical needs and a total disregards to my safety.

_JUAN C Rodriguez_          _15 6405_          _4-23-14_
Inmate Signature                    ADC#                    Date

IGTT420                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center **Grimes Unit**

FOR OFFICE USE ONLY

GRV # **GR-14-00504**

Date Received **04/09/14**

GRV. Code #. **088  600**

Name **JUAN C. Rodriguez**

DC# **156405**  Brks # **9**  Job Assignment **Med. Unus**

**Pl Exh - 14**

**4-3-14** (Date) STEP ONE: Informal Resolution

**4-8-14** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Last night at about 8:30 pm while I was at treatment call doing what I had to do the C/o told me that I spend too much time in the restroom. I talked to the C/o (Parker) and told him to check all my files and he will see that I use the bathroom for long periods of time due to the fact that I am paralized and have to do certain things in the restroom. C/o Parker told me that the person over medical was saying that I was taking too long. This is the third time that I've been told this and I'm worried that because it is a direct order to come out of the restroom that I will get a write-up. I am being harrassed and it is not right, or proffessional. I can't help that I use the restroom the way I do when I come to treatment call.

_____
_____
_____

**Juan C. Rodriguez**                                    **4-3-14**
Inmate Signature                                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **4-3-14** (date), and determined to be Step One and/or an Emergency Grievance **yes** (Yes or No). This form was forwarded to medical or mental health? **yes** (Yes or No). If yes, name of the person in that department receiving this form: _____ Date **4-3-14**

**Cpl Brian Langston** _____ **90465** _____ **4-3-14**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature              Date Received

Describe action taken to resolve complaint, including **dates**: Witness statements do not match your account at the encounter.
_____

**B. Arnold  4-8-14** _____ **Juan C. Rodriguez**
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400                                                                                       Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:  Townsend, Susan B                          TITLE:  ADC Inmate Grievance Coord
DATE:  04/15/2014  ·                              GRIEVANCE #:  GR-14-00504

Please be advised, I have received your Grievance dated 04/03/2014 on 04/09/2014 .
You should receive communication regarding the Grievance by 05/07/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ⌒ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⊙ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⌒ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ⌒ This Grievance has been determined to be an emergency situation, as you so indicated.

- ⌒ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⌒ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.


_____        _____        _____
Inmate Signature                       ADC #                          Date

IGTT420                                                                                    Attachment IV
3GH

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405A        GRIEVANCE #: GR-14-00504

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(653) Your 4/9/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You allege medical security officer did not treat you appropriately or professionally on 4/2/14.

This issue was addressed through administration and was reviewed with alleged staff. Outcomes are considered confidential and addressed at the administrative level, as deemed necessary. However, you were seen on 4/2/14 and received your treatment call.

In conclusion, all staff is required to treat patients with respect and to demonstrate professionalism at all times. You received your treatment call. Your grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee                                        _____        _____
                                                      Title                    Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

_____          _____        _____
         Inmate Signature                        ADC#                   Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Grimes Unit_

Name _JUAN C Rodriguez_

FOR OFFICE USE ONLY

GRV. # _GR-14-00505_

Date Received _04/10/14_

GRV. Code #: _600_

ADC# _156405_   Brks # _9_   Job Assignment _Med. Unas._

_4-3-14_ (Date) STEP ONE: Informal Resolution

_Duplicate GR-14-00504_

_4-8-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Last night at treatment call when I was there to get the things I need for my daily routine, nurse Duty for the past 3-4 weeks seems like she is angry at me. She don't ask me what I need, just gives me what she thinks I need. She don't want to hear what I have to say. Also, last night when I was talking to S/a Parker about the situation that just happened, Ms. Duty comes out and jumps into our conversation. I had already talked to the nurse in charge and said that I'm being treated different than the others and ts all I want is to be treated the same as everyone else. Why is it that I cannot? Again, not professional._

_____
_____
_____
_____

_JUAN C, Rodriguez_                    _4-3-14_
Inmate Signature                         Date

_**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**_

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _4-3-14_ (date), and determined to be Step One and/or an Emergency Grievance
_Yes_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _M McCullou_ Date _4-3-14_

_Cpl Brian Langston_        _90465_      _B.L._        _4-3-14_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _Witness statements obtained do not match your complaint._
_____

_Billy Grove HSA 4-8-14_                    _JUAN Rodriguez_
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _APR 30 2014_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO:  Inmate  Rodriguez, Juan C.          ADC #:  156405A
FROM:  Griffin, Rory L                   TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  GR-14-00505    DATE:  04/30/2014

Please be advised, the appeal of your grievance dated
04/03/2014
was received in my office on this date  04/30/2014

**You will receive communication from this office regarding this Grievance by**  06/12/2014

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☒ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
    - ☒ (a) Unit Level Grievance Form (Attachment 1)
    - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☒ (c) Did not give reason for disagreement in space provided for appeal
    - ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☒ (e) Unsanitary form(s) or documents received
    - ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

Attachment VI

INMATE NAME: Rodriguez, Juan C.        ADC #: 156405        GRIEVANCE#:GR-14-00505

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On April 3, 2014 you grieved that Nurse Duty is treating you different than other inmates. You state on April 2, 2014 Nurse Duty jumped into your conversation with Officer Parker. You state Nurse Duty has been acting angry, does not ask what you need and will not listen to what you have to say.

Your formal grievance was rejected at the unit level for being a duplicate; however, you appealed the rejection stating you are continuing to have the same issue with Medical staff and the issue of being treated differently has not been resolved.

There is no evidence to support your allegations against Mr. Duty,CNA.

This appeal is without merit.

_____
Director

Date _____ 6/12/14

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.          ADC #:  156405A
FROM:  Townsend, Susan B               TITLE:  ADC Inmate Grievance Coord
DATE:  04/15/2014                       GRIEVANCE #:  GR-14-00505

Please be advised, I have received your Grievance dated 04/03/2014 on 04/09/2014 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_S. Townsend_

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- This Grievance will be addressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.

- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of GR-14-00504 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. This issue has not been properly resolved. I am still having to same problems from the Medical Staff everytime I go to medical.

_JUAN.C.Rodriguez_ _156405_ _4-23-14_
Inmate Signature            ADC #            Date

PECLIVE ...TDIY DIRECTOR
ARKANCA... DEPARTMENT
OF C... ECTION

APR 30 2014

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** Pl Exh-16

Unit/Center _Grimes Unit_

Name _JuAN .C Rodriguez_

ADC# _156405_ Brks # _9_ Job Assignment _Med. Unas._

FOR OFFICE USE ONLY

GRV # _GR-14-00503_

Date Received _04/09/14_

GRV. Code #: _600_

_4-5-14_ (Date) STEP ONE: Informal Resolution

_4-8-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? Yes If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Today April the 5TH at approx._
_7Pm while at treatment call I tried to use the bathroom like_
_I have been for the past month and a half and was told,_
_for the second time in as many days that I cannot use the_
_bathroom at medical, that I have to use it back at the_
_barracks. while at treatment call I have to lay down to use_
_a supository so that I can use the bathroom! Now, I'm_
_told that I have to do this in front of 40 other people in_
_my barracks._

_____

_____

_____

_____

_____

_____

_JUAN L. Rodriguez_                 _4-5-14_
Inmate Signature                      Date

_**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**_

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _4-6-14_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _4/10/14_

_Cpl. Marcus Simpson_ _88253_ _Marcus Simpson_ _4-10-14_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _You are allowed to complete your_
_daily regimin in Medical as space allows. If all rooms are occupied you_
_will need to complete your regimine in your own barracks_

_Buy Crews HSA RN 4-8-14_                 _JUAN RODRIGUEZ_
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400                                                          Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                ADC #:  156405A
FROM:  Townsend, Susan B                       TITLE:  ADC Inmate Grievance Coord
DATE:  04/15/2014                              GRIEVANCE #:  GR-14-00503

Please be advised, I have received your Grievance dated 04/05/2014 on 04/09/2014 .
You should receive communication regarding the Grievance by 05/07/2014

_Signature_

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

$\bigcirc$  This Grievance will be addressed by the Warden/Center Supervisor or designee.

$\odot$  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

$\bigcirc$  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

$\bigcirc$  This Grievance has been determined to be an emergency situation, as you so indicated.

$\bigcirc$  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

$\bigcirc$  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____      _____      _____
Inmate Signature                     ADC #                        Date

IGTT420                                                                      Attachment IV
3GH

INMATE NAME:  Rodriguez, Juan C.          ADC #:  156405A      GRIEVANCE #:  GR-14-00503

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(653) Your 4/9/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you were not allowed to complete your bowel routine in medical like you usually do.

You have been educated on the fact that you are being allowed to do your bowel routine in medical as a courtesy. However, when all of the inpatient rooms are full you will have to complete your routine in your barracks. You do not have orders to stay in medical to complete your bowel routine.

In conclusion, you are allowed to complete your routine in medical when space is available. You are receiving the necessary supplies to complete your routine. This grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

_____  R. Connell HSA  5-7-2-14

Signature of Health Services
Administrator/Mental Health Supervisor or         _____         _____
Designee                                              Title                     Date
                                                                              5/7/14

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

_____          _____         _____
Inmate Signature                      ADC#                     Date

IGTT420                           Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _____

Name JUAN C. Rodriguez

ADC# 156405  Brks # 9  Job Assignment Unassigned Medical

**APR 23 2014**

~~Grimes~~

| FOR OFFICE USE ONLY |
|---|
| GRV # 6R-14-00552 |
| Date Received: 4/23/14 |
| GRV. Code #: 600 |

4-17-14 (Date) STEP ONE: Informal Resolution

4-17-14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I need to be evaluated by the doctor, not nurses about my bathroom issues.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical or) mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _____

Medical Told me I had To use my Suppositorys In my bed Not only is
This extremely embarrassing To me They Want give me ANY Supplies
Such As Rubber gloves.

_____
_____
_____
_____
_____
_____
_____
_____

JUAN CRodriguez                          4-14-14
Inmate Signature                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 4·15·14 (date), and determined to be Step One and/or an Emergency Grievance yes (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: Nurse Ford  Date 4-15-14

GM NWSS  6/4C/0

PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: Mr. Bridgman Mr. Armstrong
I discussed your complaints with you today. You were instructed to medical every other night for isolation of suppository. We also gave you a rubber glove to keep your catheter.

Staff Signature & Date Returned 4/16/14          Inmate Signature & Date Received 4-16-14

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

--------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                                          Attachment IV
3GH

INMATE NAME:  Rodriquez, Juan C.          ADC #:  156405A        GRIEVANCE #:  GR-14-00552

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

This issue has already been addressed in grievance GR-14-00503 as follows: (653) Your 4/9/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you were not allowed to complete your bowel routine in medical like you usually do.

You have been educated on the fact that you are being allowed to do your bowel routine in medical as a courtesy. However, when all of the inpatient rooms are full you will have to complete your routine in your barracks. You do not have orders to stay in medical to complete your bowel routine.

In conclusion, you are allowed to complete your routine in medical when space is available. You are receiving the necessary supplies to complete your routine. This grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.


_____    Billy Cornell RN 5-7-14          _____    _____
Signature of Health Services                                        Title                Date
Administrator/Mental Health Supervisor or
Designee

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

IGTT400                                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:  Townsend, Susan B                           TITLE:  ADC Inmate Grievance Coord
DATE:  04/23/2014                                  GRIEVANCE #:  GR-14-00552

Please be advised, I have received your Grievance dated 04/14/2014 on 04/23/2014 .
You should receive communication regarding the Grievance by 05/21/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

⊙ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator
   who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health
   Supervisor who will respond.

▢ This Grievance has been determined to be an emergency situation, as you so indicated.

   This Grievance has been determined to not be an emergency situation because you would not be
○ subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will
   be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of ,
   or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director.
Keep in mind that you are appealing the decision to reject the original complaint. Address only the
rejection; do not list additional issues, which were not a part of your original grievance as they will not be
addressed. Your appeal statement is limited to what you write in the space provided below.


_____        _____        _____
Inmate Signature                          ADC #                      Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment II) Received \ Grievance

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center __GRIMES__ | GRV. # _GR-14-00857_ |
| Name __JUAN RODRIGUEZ__ | Date Received: _6/30/14_ |
| JUN 30 2014 | |
| ADC# _156405_ Brks # _9_ Job Assignment _Grimes sssigned_ | GRV. Code #: ~~600~~ _100_ |

_6-24-14_ (Date) STEP ONE: Informal Resolution

_Reblocked Transfer_

_6-27-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _due to medical conditions_
_and the way Bk's are designed I need to be transferred_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning_ (Medical) _or Mental Health Services?_ ____ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I am paralized from the waist_
_down. I do not think this unit is qualified for people who are_
_paralized such as I am. I need a place to use the bath Room because I_
_got to lay down to make a bowel movement I am still using the bathroom_
_in my assigned bunk " Area and in this Area I am surrounded by up to_
_39 inmates walk by or sitting on there bunks not even 3 feet away at all hours_
_please send me to a medical unit that are built to handle situations_
_such as I am having to live with and only is my situation embarrassing_
_it's unsanitary making bowl movement in my bed I can get clean_
_clothing and bedding it's just not sanitary for this indicment_

RECEIVED

_PI Exh-18_

JUL 09 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_JUAN. C Rodriguez_ _6-24-14_

Inmate Signature      Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6-24-14_ (date), and determined to be Step One and/or an Emergency Grievance
**Yes** (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name
of the person in that department receiving this form: _Ronda Stanford, Lp_ Date _6-25-14_

_CPL Justin Dew_    _72912_    _CPL_      _6-24-14_
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature    Date Received
Describe action taken to resolve complaint, including **dates**: _Per AD 14-16 Unit transfers_
_are not grievable._

_Stowell Lee_ _6/27/14_      _Juan Rodriguez 6-27-14_
Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT405
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Rodriguez, Juan C.</u>        ADC #:  <u>156405A</u>
FROM:  <u>Evans, Marvin Jr</u>                        TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>GR-14-00857</u>     DATE:  <u>07/09/2014</u>

*FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS*

Please be advised, the appeal of your grievance dated
<u>06/24/2014</u>
was received in my office on this date  <u>07/09/2014</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐   The time allowed for appeal has expired
☐   The matter is non-grievable and does not involve retaliation:
    ☐   (a) Parole and/or Release matter
    ☐   (b) Transfer
    ☐   (c) Job Assignment unrelated to medical restriction
    ☐   (d) Disciplinary matter
    ☐   (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐   (f) Involves an anticipated event
☑   You did not send all the proper Attachments:
    ☐   (a) Unit Level Grievance Form (Attachment 1)
    ☐   (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☑   (c) Did not give reason for disagreement in space provided for appeal
    ☐   (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐   (e) Unsanitary form(s) or documents received
    ☐   (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400
3GR

Attachment **II**

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.
FROM:  Townsend, Susan B
DATE:  06/30/2014

ADC #:  156405A
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  GR-14-00857

Please be advised, I have received your Grievance dated 06/24/2014 on 06/30/2014 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ⦿ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⦿ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⦿ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ⦿ This Grievance has been determined to be an emergency situation, as you so indicated.

- ⦿ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⦿ This Grievance was REJECTED because it was either non-grievable ( Transfer ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature            ADC #            Date

JUAN. Rodriguez 156405      7-1-14

**RECEIVED**

JUL **0 9** 2014

**INMATE GRIEVANCE SUPERVISOR**
ADMINISTRATION BUILDING

IGTT400                Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM (Attachment I) Received \ Grievance

| | FOR OFFICE USE ONLY |
|---|---|

Unit/Center _Grimes Unit_

Name _JUAN C Rodriguez_          **JUL 17 2014**

ADC# _156405_ Brks # _9_ Job Assignment _Griffie's Work_
- Unassigned

_7-12-14_ (Date) STEP ONE: Informal Resolution

FOR OFFICE USE ONLY
GRV # _GR-04-00 949_
Date Received _7/17/14_
GRV. Code #: _600_

_7-14-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ ____ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Last week I seen the nurse and she said I had an appointment to see the doctor - concerning my med, cal shoes. Its been post-pond - due 0 to 0 No Transportation for me, because I'm paralized._

_____
_____
_____
_____
_____

PI Exh - 19

_JUAN Rodriguez_                    _7-12-14_
Inmate Signature                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _7-12-14_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _D. PiCKeinham_ Date _7/17/14_

_Sylantz Goford_          _62840_          _____          _7-12-74_
**PRINT STAFF NAME (PROBLEM SOLVER)** ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: _Your appointment has been reschduled. The medical department does not have any control over ADC transportation. You will need to address your concern to ADC._

_Heru Lu_ _7-14-14_                    _HP Rodr, Yve 2_
Staff Signature & Date Returned          Inmate Signature & Date Received _7-14-14_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:  Townsend, Susan B                          TITLE:  ADC Inmate Grievance Coord
DATE:  07/17/2014                                 GRIEVANCE #:  GR-14-00949

Please be advised, I have received your Grievance dated 07/12/2014 on 07/17/2014 .
You should receive communication regarding the Grievance by 08/14/2014

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

○  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature                          ADC #                          Date

IGTT460
3GW

Attachment IX

# GRIEVANCE WAIVER

TO:   Horn, Jennifer G

FROM:   Rodriguez, Juan C.

DATE:   08/14/2014

SUBJECT: Grievance Waiver


I, Juan Rodriguez, ADC# 156405, do hereby agree that grievance number GR-14-00949, dated 07/17/2014, has been resolved/and/or, I no longer want to pursue this matter. This decision is voluntary and made without threats or coercion of any type.


*Juan Rodriguez*

Inmate Signature

8-14-14

Date


Witness Signature

8-14-14

Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___G M · Unit___

Name ___JUAN · L Rodriguez___

ADC# ___15 6405___ Brks # ___9___ Job Assignment ___No, WoR___

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received _____ |
| GRV. Code #· _____ |

___7-15-14___ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature.) If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): ___last week I seen the nurse___
___And she said I had an appointment to see the Doctor.___
___Concerning my medical shoes. Its been post-pond due to___
___no transportation for me, Because I'm paralized___
_____
_____
_____
_____
_____
_____
_____
_____
_____PI Exh-21_____

___Juan C Rodriguez___                         ___7-15-14___
Inmate Signature                                  Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on ___7-15-14___ (date), and determined to be Step One and/or an Emergency Grievance
___N/o___ (Yes or No). This form was forwarded to medical or mental health? ___Yes___ (Yes or No). If yes, name
of the person in that department receiving this form: ___Dulin, JW___ Date ___7-15-14___

___Sgt Joppolus       53018       Joppolus___
**PRINT STAFF NAME (PROBLEM SOLVER)** ID Number    Staff Signature                    Date Received
Describe action taken to resolve complaint, including **dates**: ___There was an issue with___
___transportation & your appointment had to be rescheduled.___
___We regret any cost inconvenience that this may have___
___caused you.___
___Dulin      7-16-14___                    ___Juan Rodriguez___
Staff Signature & Date Returned                 Inmate Signature & Date Received ___7-16-14___

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---------------------------------------------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___Gime's___

Name ___JUAN C RodriguEz___

ADC# __156405__ Brks # __9__ Job Assignment __No__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received. _____ |
| GRV. Code #: _____ |

__8-13-14__ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning(Medical)or Mental Health Services? ___✓___ If yes, circle one(medical)or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): This is concerning the issue of that this facility does not have the means for wheel chair handicap people, I would like to be transfered to Malvire because they are more capable of handicap people. My issue is that _____, I still use the restroom in my bed and it's embarassing and very unsanitary to do in front of 40 other guy's. And medical say's that their is nothing that they can do about this issue so I have to deal with it.

___Juan C Rodriguez___                    ___8-13-14___
Inmate Signature                                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __8|13|14__ (date), and determined to be Step One and/or an Emergency Grievance
__✓__ (Yes)or No). This form was forwarded to medical or mental health? __✓__ (Yes or No). If yes, name
of the person in that department receiving this form: ___Mau___ Date 8-13-14
___l. andolph___            __80547__            ___(signature)___            ___8/13/14___
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                    Date Received
Describe action taken to resolve complaint, including **dates**: The medical department does not handle unit transfers. Also, transfers are not grievable.

___(signature)___  __8-14-14__                    ___Juan Rodriguez__  __6-14-14__
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
------------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Received \ Grievance

| | FOR OFFICE USE ONLY |
|---|---|

Unit/Center ___Grimes___

Name ___JUAN C Rodriguez___  AUG 18 2014

IC# ___156405___  Brks # ___9___  Job Assignment ___No___

Grimes

GRV. # ___GR-14-01103___
Date Received: ___8-18-14___
GRV. Code #: ___009___

8-15-14 (Date) STEP ONE: Informal Resolution

8-16-14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __When I do get to medical__
__they never have a empty room, and I have to use the bathroom in my bed.__
_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __I feel that it is very Unsanitary__
__and this Unit does not have the means for the Handicap.__
*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __This is Concerning the issue__
__of that this facility does not have the means for wheelchair__
__handicap people. I would like to be transfered to Malvice__
__Unit because they are more capable of handicap people. My issue__
__is that I still use the restroom in my bed and it is very embarassing__
__and very unsanitary to do in front of 39 other guy's. And medical__
__say's that their is nothing that they can do about this issue__
__and says I have to deal with it. Can I please get transfered__
__Thank you & God Bless.__

__To Classification.__

PI Exh-22

__JUAN Rodriguez__                                    __8-15-14__
Inmate Signature                                      Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __8-15-14__ (date), and determined to be (Step One) and/or an Emergency Grievance __YES__ (Yes or No). This form was forwarded to medical or mental health? __N/U__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Sgt Wright__                __76913__          _____  __8-15-14__
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: __This issue has been addressed and__
__you were given the option to report to medical and take care of your__
__toileting needs in private. If you would like to be transfered you__
__need to send a request to Classification. This has been forwarded to Classification.__
__Sgt C. V. Wright__  __8-16-14__            _____  __8-16-14__
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
aff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                                     Attachment IV
3GH

INMATE NAME:  Rodriquez, Juan C.           ADC #:  156405A        GRIEVANCE #:  GR-14-01103

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(611) Your 8/18/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You have multiple complaints. 1)You want to be transferred to another unit. 2)You do not feel that the facility is handicap accessible. 3) You want to do your bowel routine in medical instead of in your barracks.

1)Per the grievance policy unit transfers are not grievable. 2) A representative from the spinal cord commission has visited the site twice and assessed your accommodations. He has advised that the accommodations are adequate to meet your needs. 3)This issue has been addressed in several previous grievances. Refer to the responses of GR-14-00552 and GR-14-00503.

In conclusion, there is no indication that your needs are not being met. this grievance is without merit.

If your medical condition changes please address any concerns through the sick call process.

_____   D. Caulkins 9-17-17
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____        9-16-14
          Title                    Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Received \ Grievance
FEB 07 2014
Grimes

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___GRIMES___

Name: ___JUAN RODRIQUEZ___

ADC# __156405__   Brks # __9__   Job Assignment __MU__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # __6R-14-00154__ |
| Date Received __2/7/14__ |
| GRV. Code # __600__ |

__2-4-14__ (Date) STEP ONE: Informal Resolution

__2-6-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I'VE BEEN DENIED ACCESS TO_
_GO TO MEDICAL FOR OVER A MONTH; I WENT LAST NIGHT & RECIEVED NO HELP & WAS LEFT ALONE._
_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

---

*Is this Grievance concerning Medical or Mental Health Services?* _YES_ If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _YES I AM IN AN ADA BARRACKS_
_& AM PARAPLEGIC. I HOWEVER AM FORCED TO CLEAN MYSELF &_
_CHANGE MY DEPENDS ON MY BED WHICH I BELIEVE TO BE A BIO-HAZARD_
_& VERY UNSANITARY. I RECIEVE NO NEW BEDDING EACH TIME I DO_
_THIS NOR THE PROPER TOOLS WITH WHICH TO CLEAN & DESPOSE_
_OF MY REFUSE. I DO NOT BELIEVE THIS BARRACKS MEETS ADA_
_STANDARDS & ACCESSIBILITY. DOES THIS BARRACKS MEET ADA SPECIFICATIONS?_
_AND CAN ANOTHER LESS HAZARDOUS TO MY HEALTH, MEANS BE AFFORDED_
_☞ ME WITH WHICH TO CLEANSE myself?_

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
~~ANI~~ AND MARKS THE END
OF THE APPEAL PROCESS

PlExh-23

_JUANCARLOS R_                              __2-4-14__
Inmate Signature                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __2-5-14__ (date), and determined to be **Step One** and/or an Emergency Grievance
Step 1 (Yes or No). This form was forwarded to medical or mental health? Med. (Yes or No). If yes, name
of the person in that department receiving this form: _Konda Stanford, Lpn_ Date __2-5-14__
Sgt ___(Davis)___   __87020__                                            __2-5-14__
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**: _____
_You are supposed to be doing it down in medical_

_____  __2/5/14__                    _JUAN CARLOS R._
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

IGTT400                                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.                    ADC #:  156405A
FROM:   Townsend, Susan B                         TITLE:  ADC Inmate Grievance Coord
DATE:  02/11/2014                                 GRIEVANCE #:  GR-14-00156

Please be advised, I have received your Grievance dated 02/04/2014 on 02/07/2014 .
You should receive communication regarding the Grievance by 03/10/2014

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

This Grievance will be addressed by the Warden/Center Supervisor or designee.

This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

This Grievance has been determined to be an emergency situation, as you so indicated.

This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of ,
or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature                          ADC #                          Date

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

RECEIVED DEPUTY DIRECTOR
ARKANSAS STATE BOARD
OF CORRECTION

APR 3 0 2014

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL



TO:  Inmate   Rodriquez, Juan C.        ADC #:  156405A
FROM:  Griffin, Rory L              TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  GR-14-00156    DATE:  05/02/2014

Please be advised, the appeal of your grievance dated
02/04/2014
was received in my office on this date  05/02/2014

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
   ☒ (a) Parole and/or Release matter
   ☒ (b) Transfer
   ☒ (c) Job Assignment unrelated to medical restriction
   ☒ (d) Disciplinary matter
   ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
   ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
   ☒ (a) Unit Level Grievance Form (Attachment 1)
   ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
   ☒ (c) Did not give reason for disagreement in space provided for appeal
   ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
   ☒ (e) Unsanitary form(s) or documents received
   ☒ (f) This Appeal was REJECTED because it was ▬▬▬▬ untimely ▬▬▬▬▬▬▬

*FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS*

IGTT420
3GH

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405A          GRIEVANCE #: GR-14-00156

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

You have 2 complaints in this grievance. The complaint of whether or not your barracks meets ADA requirements is being addressed through ADC. Your other complaint of not receiving supplies to help with bowel elimination has already been addressed in grievance GR-14-00104 as follows: (653) Your 1/24/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you do not have the supplies that you need.

Review of your record does not show any documentation of you notifying staff that you were out of the requested products until you filed the Step 1 complaint on 1/16/14. As soon as medical was made aware, the needed supplies were ordered and issued to you. At this time you have the wipes on person. You are not receiving pads on person because you are performing your bowel elimination in the medical department nightly.

In conclusion, it is your responsibility to notify medical staff when you are running low on supplies so that more can be issued to you. Your grievance is found to have had merit but has been resolved.

If your medical condition changes please address any concerns through the sick call process.

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____ Title

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

3/7/14
Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Medical has been negligent and hence shown a deliberate indifference to my needs. The issues of this Grievance have not been properly resolved.

Juan C Rodriguez          156405          3-12-14
Inmate Signature          ADC#          Date

IGTT420                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Attachment I

Manager

Unit/Center _Grimes_

Name _JUAN C. Rodriguez_

ADC# _156405_ Brks # _9_ Job Assignment _No_

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_9/14/14_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning(Medical)or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On Sat. 9/13/14 while going to Treatment Cell to use the bathroom. The nurse denied me because she said she could find nothing saying I was to come to the infirmary at treatment cell for this reason. She made to come back to my barracks and use my bed to have a bowel movement. Every time I come to the infirmary concerning this there is some new reason I am denied. Could you please look into this matter and get it straightened out for me._

_JUAN C, Rodriguez_                    _9-14-14_
Inmate Signature                          Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9/15/14_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health? _Medical_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _9/15/14_

_St. Howard_                    _79500_
PRINT STAFF NAME (PROBLEM SOLVER)     ID Number     Staff Signature             Date Received _9/15/14_

Describe action taken to resolve complaint, including **dates:** _There is no order for you to get to do your bowel routine in medical. As you have been advised in numerous occasions, you will be allowed to do it in medical when/if a bed is available._

_Abell_                    _9-16-14_          _Keith L Rodriguez 9-16-14_
Staff Signature & Date Returned                  Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No). Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

<div align="right">Attachment II</div>

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Rodriguez, Juan C.          ADC #:  156405A
FROM:  Townsend, Susan B               TITLE:  ADC Inmate Grievance Coord
DATE:  01/27/2014                       GRIEVANCE #:  GR-14-00106

Please be advised, I have received your Grievance dated 01/23/2014 on 01/24/2014 .
You should receive communication regarding the Grievance by 02/24/2014

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

(•) This Grievance will be addressed by the Warden/Center Supervisor or designee.

( ) This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

( ) This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

( ) This Grievance has been determined to be an emergency situation, as you so indicated.

( ) This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

( ) This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.


_____     _____    _____

Inmate Signature                        ADC #                          Date

IGTT440                                                                      Attachment X
3GE

# GRIEVANCE EXTENSION

TO INMATE:   Rodriguez, Juan C.            ADC#:   156405
FROM:   Townsend, Susan B                   TITLE:   ADC Inmate Grievance Coord
DATE:   02/24/2014                          GRIEVANCE #:   GR-14-00106

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

Investigate this matter further.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   03/10/2014

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the
signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not
agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL
NOT have exhausted your administrative remedies, and your grievance will be returned to you without a
decision regarding its merit.

☐ DISAGREE    By disagreeing with this extension, I waive my right to have this grievance issue
              considered, and acknowledge I have not exhausted the grievance process as necessary to
              pursue a complaint.

                                   ADC#: 156405 Date: _____

_____
Inmate Signature

_____           _____
Warden/Center Supervisor Signature           Date

_____           _____
Chief Deputy/Deputy/Assistant
Director/Director Signature                  Date

IGTT430
3GD

Attac.

INMATE NAME: Rodriguez, Juan C.          ADC #: 156405          GRIEVANCE#:GR-14-00184

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your grievance dated 1/30/14 was received by appeals on 3/21/14. After review of your appeal and supporting documentation, I find the Unit Warden ordered the shower picks removed for the safety and security of the unit. Your appeal is without merit.

Appeal denied.

Director          Date   3/27/14