IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUAN CARLOS RODRIGUEZ                                                                         PLAINTIFF
ADC #156405

v.                              CASE NO: 1:15CV00022 BSM

JOSEPH PAGE et al.                                                                                DEFENDANT

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Patricia S. Harris have been reviewed. No objections have been filed. After careful consideration, the PRD are hereby adopted in all respects and plaintiff's motion for an order of transfer [Doc. No. 58] is denied.

IT IS SO ORDERED this 12th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE