## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JUAN CARLOS RODRIGUEZ**                                                          **PLAINTIFF**
**ADC #156405**

**v.**                                        **CASE NO: 1:15CV00022 BSM**

**JOSEPH PAGE et al.**                                                          **DEFENDANTS**

### ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by

United States Magistrate Judge Patricia S. Harris and defendants' objections thereto have

been reviewed.  After carefully considering these documents and making a *de novo* review

of the record, the PRD are hereby adopted in part.

Defendants' motion for summary judgment [Doc. No. 50] is denied and plaintiff's

claims against defendants Joseph Page and Aundrea Weekly are allowed to proceed.

Summary judgment [Doc. No. 53] is granted in part and only plaintiff's claim that he was not

provided sufficient catheters each week (GR-14-00394) is allowed to proceed against Brenda

Bridgeman and Melvin Nance; plaintiff's remaining claims against Bridgeman and Nance

are dismissed without prejudice for failure to exhaust.  Finally, plaintiff's motion for

summary judgment [Doc. No. 64] is denied.

IT IS SO ORDERED this 23rd day of August 2016.


_____
UNITED STATES DISTRICT JUDGE