IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUAN CARLOS RODRIGUEZ                                                    PLAINTIFF
ADC #156405

v.                          CASE NO.  1:15-CV-00022 BSM

JOSEPH PAGE, et al.                                                       DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 112] submitted by United States Magistrate Judge Patricia S. Harris have been received as well as plaintiff Juan Carlos Rodriguez's objection [Doc. No. 115] thereto.  After *de novo* review, the proposed findings and recommendations are adopted in their entirety.  Accordingly, the motion for summary judgment submitted by defendants Brenda Bridgeman and Melvin Nance [Doc. No. 82] is granted, the motion for summary judgment submitted by defendants Joseph Page and Aundrea Weekly [Doc. No. 85] is granted, and Rodrigeuz's complaint is dismissed with prejudice.  It is further certified that an *in forma pauperis* appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE